# United States Bankruptcy Court
### Southern District of New York

In re  Chowaiki & Co. Fine Art Ltd.

Debtor(s)

Case No.

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  November 13, 2017

/s/ Elizabeth G. Lan
Elizabeth G. Lan/Director
Signer/Title

```
ARMAND BARTOS
32 WEST 10TH STREET
NEW YORK NY 10011


ARMAND BARTOS
25 EAST 73RD STREET
NEW YORK NY 10021


ART ANTIC LTD.
P.O. BOX 94895
DUBAI, UNITED ARAB EMIRATES
CO NO. 1CC20160226


BL3 INC.
767 THIRD AVENUE
NEW YORK NY 10017


BLOOMBERG FAMILY TRUST
C/O TONI BLOOMBERG
535 PARK AVENUE
NEW YORK NY 10065


CARPENTER FINE VIOLINS & COLLE
1 CENTRAL PARK WEST, STE 33F
NEW YORK NY 10023


COMBINED ART LLC/MICHAEL BLACK
944 PARK AVENUE
NEW YORK NY 10028


DAVID DANGOOR
445 PARK AVENUE, STE. 1904
NEW YORK NY 10022


DE, DEPT OF JUSTICE - ATTY GEN
CARVEL STATE OFFICE BLDG
820


DER DANGOOR LLC
445 PARK AVENUE, STE. 1904
NEW YORK NY 10022


DUSTIN A. STEIN
250 WEST 27TH STREET, APT 4J
NEW YORK NY 10001
```

```
GOLDBERG & RIMBERG PLLC
115 BROADWAY, 3RD FLOOR
NEW YORK NY 10006


GRAND CAPITAL NY LLC
1659 58TH STREET
BROOKLYN NY 11204


HELLY NAHMAD INC.
975 MADISON AVENUE
NEW YORK NY 10075


HITANA (JANE HOLZER)
41 EAST 65TH STREET
NEW YORK NY 10021


IKKAN SANADA
39 KEPPEL ROAD
#01-05 TANJONG PAGAR DISTRIPAR
SINGAPORE, 089065


INNOVENTOR INTL
445 PARK AVENUE, STE. 1904
NEW YORK NY 10022


INTERNAL REVENUE SERVICE
IRS INSOLVENCY UNIT
290 BROADWAY, STOP 5TH FLOOR
NEW YORK, NY  10007


KAREN LENNOS
257 EAST DELAWARE PLACE- 6A
CHICAGO IL 60611


LAWRENCE BENENSON
BENENSON CAPITAL PARTNERS
708 THIRD AVENUE
NEW YORK NY 10017


MICHAEL HABER ENTERPRISES
315 EAST 65TH STREET
NEW YORK NY 10065
```

```
MIRAMAR PROPERTIES CORP.
NORBERTO DE LA ROSA
530 PARK AVENUE, #4F
NEW YORK NY 10065


NEW YORK CITY DEPT. OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN:  LEGAL AFFAIRS
BROOKLYN NY 11201


NEW YORK CITY LAW DEPARTMENT
CORPORATE COUNSEL
100 CHURCH STREET
NEW YORK NY 10007


NEW YORK STATE DEPT OF TAX
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY NY 12205-0300


NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK NY 10271


PIEDMONT CAPITAL LLC
42 WEST 17TH STREET, SUITE 7A
NEW YORK NY 10011


SHARON PHAIR FORTENBAUGH
385 SOUTH END AVENUE #7F/G
NEW YORK NY 10280


SOTHEBY'S
1334 YORK AVENUE
NEW YORK NY 10021


STATE OF DE, DEPT OF FINANCE
CARVEL STATE OFFICE BLDG
820 N. FRENCH ST., 8TH FLOOR
WILMINGTON DE 19801


THE ART COLLECTION (ELY SAKHAI
39 CUTTER MILL ROAD
GREAT NECK NY 11021
```

```
THE BLOOMBERG FAMILY TRUST
1248 SKYLARK DRIVE
LA JOLLA CA 92037


U.S. ATTORNEY'S OFFICE
86 CHAMBERS STREET
NEW YORK NY 10019
```