Fill in this information to identify the case:

Debtor name   Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   17-13228

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 27, 2017   **X** /s/ Elizabeth G. Lan
Signature of individual signing on behalf of debtor

Elizabeth G. Lan
Printed name

Director
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    17-13228

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................................    $                0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................................    $         276,681.59

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................................    $         276,681.59

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $                0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $          12,200.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      11,864,811.03

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $      11,877,011.03

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $5.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | City National Bank | Bank Account | | $230,419.34 |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $230,424.34 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Miramar Properties Corp.<br>530 Pare Avenue, #4F | |
|---|---|---|
| 7.1. | New York, New York 10065 | $10,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Arthur J. Gallagher | $19,624.97 |

| | | |
|---|---|---|
| 8.2. | Tyco Integrated | $326.00 |

| | | |
|---|---|---|
| 8.3. | Mch Messe Basel | $550.00 |

| | | |
|---|---|---|
| 8.4. | NYS Corporation Tax | $1,500.00 |

9.   **Total of Part 2.**                                                                    $32,000.97
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 100,000.00 face amount | − | 100,000.00 = .... doubtful or uncollectible accounts | $0.00 |
|---|---|---|---|---|
| 11a. 90 days old or less: | 45,000.00 face amount | − | 45,000.00 = .... doubtful or uncollectible accounts | $0.00 |
| 11a. 90 days old or less: | 10,000.00 face amount | − | 0.00 = .... doubtful or uncollectible accounts | $10,000.00 |
| 11a. 90 days old or less: | 168,199.93 face amount | − | 168,199.93 = .... doubtful or uncollectible accounts | $0.00 |
| 11b. Over 90 days old: | 275,000.00 face amount | − | 275,000.00 =.... doubtful or uncollectible accounts | $0.00 |
| 11b. Over 90 days old: | 14,126.90 face amount | − | 14,126.90 =.... doubtful or uncollectible accounts | $0.00 |

12.   **Total of Part 3.**                                                                   $10,000.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                   % of ownership

| | | | |
|---|---|---|---|
| 15.1.  Galatea Art LLC | 68%         % | | Unknown |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.    Total of Part 4.**                                                                    $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical Inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** SEE ATTACHED SCHEDULE OF ARTWORK | | $1,094,305.93 | | Unknown |
| Misc Books | | Unknown | | Unknown |

**23.    Total of Part 5.**                                                                    $0.00
Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____          Valuation method _____          Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Misc office furniture | $2,983.01 | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>3 Computers, 2 laptops, 1 ipad, 3 printers, 1 fax/copy, 1 server | $2,978.01 | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                           $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    500 Park Avenue, Suite 16C, New York, New York | Lease | Unknown | | $0.00 |

56.   **Total of Part 9.**                                                                    $0.00
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ☒ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ☒ Yes Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| SEE ATTACHED SCHEDULE OF ART WORK HELD ON CONSIGNMENT | Unknown |
| Refund by ADP for unused funds for payroll | $4,256.28 |

78. **Total of Part 11.**                                                    $4,256.28
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $230,424.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $32,000.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,256.28 | |
| 91. **Total.** Add lines 80 through 90 for each column | $276,681.59 | + 91b.   $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                     $276,681.59

# SCHEDULE "22"

Chowaiki & Co. Fine Art Ltd.
Schedule of Inventory - Gallery

| ARTWORK | STATUS/NOTES | LOCATION |
|---|---|---|
| Chapman, Like a dog.. No. 74 | Owned, 100% | Gallery, 500 Park |
| DeMuro, Monkey Sculpture | Owned, 100% | Ezra home in PA |
| Lazzarini, Skull | Owned, 100% | Gallery, 500 Park |
| Cindy Sherman, Untitled 417 | We own 1/2 share. | *Currently Collateral: with Jane Holzer/Hitana |
| Lazzarini, Brass Knuckles (iv) | Owned, 100% | Gallery, 500 Park |
| Staller, Antenna Drawing | Owned, 100% | Gallery's art storage, UOVO in LIC |
| Bjorn Schulke, Supersonic #5 | Owned, 100% | Gallery's art storage, UOVO in LIC |
| Leger, La voiture d'enfant | We own 15% share | Gallery's art storage, Day & Meyer, NYC |
| Leger, Trois soldats au repos dans un baraquement | We own 15% share | *Currently collateral: with Dustin Stein |
| Wesselmann, Study for Nude Painting Print | We own 1/2 share. | Currently with Mike Heller, the piece's other 1/2 share owner. |
| Wesselmann, Study for Sunset Nude (with Franz Kline) | We own 1/2 share. | Currently with Mike Heller, the piece's other 1/2 share owner. |
| Wesselmann, Study for Great American Nude | We own 1/2 share. | Currently with Ricardo Mirat in Spain; we are awaiting payment; Invoiced Ricardo Mirat for this piece at 45k (though |
| Peter Bahouth, Birth of a Red Planet #7 | Owned, 100% | Gallery, 500 Park |
| Lawrence Berzon, Avenger | Owned, 100% | Still with Artist, this was a commission, artwork not finished yet. |
| Monet, Eglise de Varengeville, effet matinal | We own 15% share | Currently with Toni Bloomberg (home in CA), the other 85% share owner. |
| Sam Francis, Untitled (SF90-342) | We own 1/2 share. | Currently with Benjamin Aryeh, the other 1/2 share owner. |
| August Macke, Allegorische Szene | We own 1/2 share. | Currently with Thomas Gibson Fine Art, London - the other 1/2 share owner. |
| Hunt Sionem, Dr. Hernandez | Owned, 100% | Gallery, 500 Park |
| Larry Rivers, Queen of Clubs | Owned, 100% | Gallery, 500 Park |
| Leger, Study for Sao Paolo (1954) | We own 1/2 share. | *Currently Collateral: with Ely Sakhai |
| Leger, Study for Sao Paolo (1953) | We own 1/2 share. | *Currently Collateral: with Ely Sakhai |
| Chagall, Scene de village | We own 1/3 share. | Currently with one of the other partners in London. |
| Chagall, Bouquet de giroflees | | **We own 1/4 share, theoretically *Currently at Christies Private Sales, out of our control/possession. (under the name of one of the other "1/4 share p |
| | | |
| Amrhein, A Cacophany | Owned, 100% | Gallery art storage, UOVO In LIC |
| Armstrong, Rene at his apartment on 12th street | Owned, 100% | Gallery art storage, UOVO in LIC |
| Bevilacqua, Disposable Teens | Owned, 100% | Gallery, 500 Park |
| Blake, Berkshire Fangs | Owned, 100% | Gallery, 500 Park |
| Anne Chu, Study for Lady on Horseback | Owned, 100% | Gallery, 500 Park |
| Kim Fisher, Study of Gemstone | Owned, 100% | Gallery art storage, UOVO in LIC |
| Simon Frost, Untitled #16 | Owned, 100% | Gallery, 500 Park |
| Glenn Goldberg, OP 88 | Owned, 100% | Gallery, 500 Park |
| Glenn Goldberg, Prato (8907) | Owned, 100% | Gallery, 500 Park |
| Dennis Hollingsworth, Lafayette | Owned, 100% | Gallery art storage, UOVO in LIC |
| Evan Holloway, Light Blue over Black | Owned, 100% | Gallery art storage, UOVO in LIC |
| William Klein, Danseuses Constructivistes | Owned, 100% | Gallery art storage, UOVO in LIC |
| Lazzarini, Untitled (Farrah poster) | Owned, 100% | Gallery, 500 Park |
| Julian Lethbridge, Les Demoiselles | Owned, 100% | Gallery, 500 Park |
| Liberman, photo of Mark Rothko | Owned, 100% | Gallery, 500 Park |
| Liberman, photo of Barnett Newman | Owned, 100% | Gallery, 500 Park — *Note: this photo is damaged.** |
| Melissa Marks, Volitia Avoids Puncture | Owned, 100% | Gallery, 500 Park |
| Melissa Meyer, Untitled, Four part work on paper | Owned, 100% | Gallery art storage, UOVO in LIC |
| Ernesto Neto, Body Soul (II E. Neto) | Owned, 100% | Gallery art storage, UOVO in LIC |
| Jedd Novatt, LXXVI | Owned, 100% | Gallery, 500 Park |
| Julian Opie, Tourist 2 | Owned, 100% | Gallery, 500 Park |
| Hunter Reynolds, Love Light | Owned, 100% | Gallery, 500 Park |
| Judy Rifka, Chiton (History of Sculpture) | Owned, 100% | Gallery art storage, UOVO in LIC |
| Judy Rifka, Pyramids | Owned, 100% | Gallery art storage, UOVO in LIC |
| Julie Roberts, Skeletons in the Closet: The Little Girl Rosalia | Owned, 100% | Gallery, 500 Park |
| August Sander, Menschen Des 20 Jahrhunderts | Owned, 100% | Gallery art storage, UOVO in LIC |
| Michael Scott, Untitled (Kaminski's Cocktails, Luncheon, di | Owned, 100% | Gallery art storage, UOVO in LIC |
| Michael Scott, Untitled (McDonalds Haddonfield-Berlin Ro: | Owned, 100% | Gallery, 500 Park |
| Bob and Roberta Smith, Look After My Cat | Owned, 100% | Gallery art storage, UOVO in LIC |
| Jan Staller, Steel Girders | Owned, 100% | Gallery art storage, UOVO in LIC |
| Jan Staller, Rusty Cone | Owned, 100% | Gallery art storage, UOVO in LIC |
| George Stoll, A Suite of Five | Owned, 100% | Gallery art storage, UOVO in LIC |
| George Stoll, Untitled (5 in a Row) | Owned, 100% | Gallery art storage, UOVO in LIC |
| Joseph Sukek, Basket of Eggs | Owned, 100% | Gallery art storage, UOVO in LIC |
| Catherine Sullivan, UnspokenEvil III, Rites of Ascension | Owned, 100% | Gallery art storage, UOVO in LIC |
| Ricky Swallow, Masked Unmasked | Owned, 100% | Gallery, 500 Park |
| Richard Tuttle, Two Books | Owned, 100% | Gallery, 500 Park |
| Jan Van Imschoot, La belle pisseuse robuste pour les veilla: | Owned, 100% | Gallery art storage, UOVO in LIC |
| Edouard Vuillard, Le bord de l'etang | Owned, 100% | Gallery, 500 Park |

**Note: these 4 gouaches were given to the Gallery by the Calder Foundation in exchange for 31 Calder drawings that were consigned to us by Melgar

| | |
|---|---|
| Calder, Le petit rouge | Gallery art storage, Day & Meyer, NYC |
| Calder, Untitled (1962) | Gallery art storage, Day & Meyer, NYC |
| Calder, Untitled (1970) | Mayoral Gallery, Barcelona, Spain. |
| Calder, Sea Serpent | Gallery art storage, Day & Meyer, NYC |

# SCHEDULE "77"

Chowaiki & Co. Fine Art Ltd.
Schedule of Artworks that are Consigned IN, from other owners/dealers/sources
As of 11/3/17

| ARTWORK | CONSIGNOR | STATUS/LOCATION |
|---|---|---|
| Ernst, Temptation of St. Anthony | Rowland Weinstein, Weinstein Gallery | *Collateral: with Michael Black |
| Tanguy, Je te retrouve objet trouve | Rowland Weinstein, Weinstein Gallery | *Collateral: With Michael Black |
| Matta, Black Mirror | Rowland Weinstein, Weinstein Gallery | *Collateral: With Michael Black |
| Chagall, Bouquet au verre | Rowland Weinstein, Weinstein Gallery | *Collateral - with Ely Sakhai |
| Baldessari, Tetra series, As it is | Pierre Sebastien Fine Art, LLC | Gallery, 500 Park |
| LeWitt, Vertical Line Scribbles | Pierre Sebastien Fine Art, LLC | Gallery, 500 Park |
| Mondrian,; Polder Moored Boat near Amsterdam II | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| Mondrian, Broekzijder Mill in the Evening | Dr. Bogomila Welsh-Ovacharov | *Collateral - with Dustin Stein |
| van der Leck, Jenny | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| van Doesburg & Schwitters, Kleine Dada Soiree | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| Degas, Danseuse en rose | Yves Bouvier | *Collateral - with Ely Sakhai |
| Murakami, Jellyfish Eyes | Thomas S Morgan | *Collateral - with Benrimon / Piedmont |
| Wesselmann, Maquette for Negative Blue (Deep) | Adam Fromkin | Consigned out to KS Enterprise/Dustin Stein |
| Miro, Untitled (1971) | Jeffrey H Loria & Co, Inc | *Collateral - with Ely Sakhai |
| Leger, Portrait of Mrs. Chester Dale | Jeffrey H Loria & Co, Inc | *Collateral - with Ely Sakhai |
| Schmidt-Rottluff, Haus im schnee | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Picasso, Sun God | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Picasso, Tete de clown, fond bleu | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Wesselmann, Standing Nude (Steel Drawing) | Ikon Ltd. | Gallery, 500 Park |
| Guillaumin, Landscape | Benjamin Anyeh/Rafael Gallery | Gallery, 500 Park |
| Francis, Untitled (SF 135S) | Ely Sakhai/The Art Collection | Gallery, 500 Park |
| Warhol, Cream of Mushroom from Campbell Soup - screen | Ely Sakhai/The Art Collection | Gallery, 500 Park |
| Scharf, Nose Lock Dock | Michael Haber | *Collateral - with Jane Holzer/Hitana |
| Viera da Silva, Tempete | Dr. Joao de Brito | *Collateral - with Benrimon / Piedmont |
| Picasso, Le gueridon | Benito Malvar | *The gallery SOLD this piece in January 2017. we have shipped the work to the new owner. |
| Leger, Jazz Joueur de contrebasse et scene de cirque | Benito Malvar | Gallery, 500 Park |
| Portfolio of 3 drawings/works on paper | John Szemansco | **The Calder Foundation |
| Suite of 31 Calder works on paper | Alfredo Melgar | *The gallery SOLD this piece in August 2017. |
| Calder, Untitled (Blue and Yellow Butterfly) | Nadia Chowaiki | Currently still with Ely Sakhai (since Feb. 2015) |
| Calder, Pink Faced Cat | Nadia Chowaiki | Currently still with Ely Sakhai (since Feb. 2015) |
| Calder, The Pedestrians | Nadia Chowaiki | Currently still with Ely Sakhai (since Feb. 2015) |
| Calder, The Grind Lady | Nadia Chowaiki | Currently still with Ely Sakhai (since Aug. 2014) |

PLEASE ALSO NOTE THESE PIECES:
Picasso, Le clown          Under our care/possession via a Joint Venture    *Collateral - with Benrimon / Piedmont
deChirico, Ettore & Andromaca    Under our care/possession via an Amended Jo * Currently still with ely Sakhai (since July of 2016).

Debtor name    Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   17-13228

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>IRS Insolvency Unit<br>290 Broadway, Stop 5th Floor<br>New York, NY  10007 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim: Unknown    Priority amount: Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>New York City Dept. of Finance<br>345 Adams Street, 3rd Floor<br>Attn:  Legal Affairs<br>Brooklyn, NY 11201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim: Unknown    Priority amount: Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | New York State Dept of Tax<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,200.00 | $12,200.00 |
|---|---|---|---|---|
| | Sharon Phair Fortenbaugh<br>385 South End Avenue #7F/G<br>New York, NY 10280 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | State of DE, Dept of Finance<br>Carvel State Office Bldg<br>820 N. French St., 8th Floor<br>Wilmington, DE 19801 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.50 |
|---|---|---|---|
| | A Plus Messenger Service<br>160 Broadway, Lower Level<br>New York, NY 10038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Adam Fromkin<br>23 Hillel Street, 6th Floor<br>Jerusalem Israel 94581 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.64 |
|---|---|---|---|

**3.3** Nonpriority creditor's name and mailing address
Aetna
P.O. Box 67103
Harrisburg, PA 17106

As of the petition filing date, the claim is: *Check all that apply.*    **$336.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Aflac
22 Corporate Woods Blvd
Albany, NY 12211

As of the petition filing date, the claim is: *Check all that apply.*    **$654.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Alfredo Melgar
Calle Lope de Vega 47
Madrid, 28014
Spain

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Alon Zakaim Fine Art
5-7 Dover Street
London W1S 4LD
United Kingdon

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
American Express
P.O. Box 1270
Newark, NJ 07101

As of the petition filing date, the claim is: *Check all that apply.*    **$41,534.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Andre Sakhai
20 East 17th Street, Apt. 3
New York, NY 10003

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Andrew & Kirsten Neuman
720 Fort Washington Avenue
Apt. 6C
New York, NY 10040

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Arcature Group LLC<br>318 Worth Avenue<br>Palm Beach, FL 33480<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Armand Bartos<br>32 West 10th Street<br>New York, NY 10011<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $30,653.03 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Art Antic Ltd.<br>P.O. Box 94895<br>Dubai, United Arab Emirates<br>Co No. 1CC20160226<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $632,500.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Artnet<br>233 Broadway, 26th Floor<br>New York, NY 10279<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Artsy, Inc.<br>401 Broadway, 25th Floor<br>New York, NY 10013<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>AT&T Mobility, LLC<br>1025 Lenox Park Blvd.<br>Atlanta, GA 30319<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Benito Malvar<br>Avenida do Aeroporto 314, Maia<br>4470-639 Porto<br>Portugal<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Benjamin Aryeh/Rafael Gallery<br>1020 Madison Avenue, 3rd Floor<br>New York, NY 10075 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

Unknown (for 3.17)

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Beth Fiore<br>508 West 26th Street, Unit 5D<br>New York, NY 10022 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

Unknown (for 3.18)

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>BL3 Inc.<br>767 Third Avenue<br>New York, NY 10017 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

Unknown (for 3.19)

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Bloomberg Family Trust<br>c/o Toni Bloomberg<br>535 Park Avenue<br>New York, NY 10065 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

$300,000.00 (for 3.20)

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Capital One Bank, N.A.<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

$16,225.68 (for 3.21)

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Carpenter Fine Violins & Colle<br>1 Central park West, Ste 33F<br>New York, NY 10023 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

$312,500.00 (for 3.22)

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Carpenter Fine Violins & Colle<br>1 Central Park West, Ste 33F<br>New York, NY 10023 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes |

Unknown (for 3.23)

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,399.25 |
|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address
Chiong & Wan CPAs PC
485 Madison Avenue, Suite 1600
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$9,399.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
Christine Hojer Barbari
50 Plaza Street, 2B
Brooklyn, NY 10238

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$578.41**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Combined Art LLC/Michael Black
944 Park Avenue
New York, NY 10028

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$975,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$647.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Cyber City
224 West 30th Street, Ste. 110
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
David Dangoor
445 Park Avenue, Ste. 1904
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$1,188,573.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chowaiki & Co. Fine Art Ltd. | Case number (if known) | 17-13228 |
|---|---|---|---|
| | Name | | |

**3.31** 
Nonpriority creditor's name and mailing address
Day & Meyer, Murray & Young Co
1166 Second Avenue
New York, NY 10065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$160.31

---

**3.32** 
Nonpriority creditor's name and mailing address
DER Dangoor LLC
445 Park Avenue, Ste. 1904
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$274,727.57

---

**3.33** 
Nonpriority creditor's name and mailing address
Di Donna Galleries
744 Madison Avenue
New York, NY 10065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$275,000.00

---

**3.34** 
Nonpriority creditor's name and mailing address
Dr. Bogomila M. Welsh-Ovacharo
249 Poplar Plains Road
Toronto, Ontario M4V 2N8
Canada

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** 
Nonpriority creditor's name and mailing address
Dr. Joao de Brito
Rua de Inglaterra, 44
2765-231 Estoril
Portugal

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36** 
Nonpriority creditor's name and mailing address
Dropbox
333 Brannan Street
San Francisco, CA 94107

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37** 
Nonpriority creditor's name and mailing address
Dustin A. Stein
250 West 27th Street, Apt 4J
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$570,000.00

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ely Sakhai/The Art Collection<br>39 Cutter Mill Road<br>Great Neck, NY 11021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Exhibit E, LLC<br>601 West 26th Street, #M223<br>New York, NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.82 |
|---|---|---|---|
| | Fed Ex<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Galerie B. Weil<br>28 Burton Street<br>W1J 6QW London<br>United Kingdon | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,000.00 |
|---|---|---|---|
| | Goldberg & Rimberg PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,000.00 |
|---|---|---|---|
| | Grand Capital NY LLC<br>1659 58th Street<br>Brooklyn, NY 11204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | Helly Nahmad Inc.<br>975 Madison Avenue<br>New York, NY 10075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,000.00 |
|------|---|---|---|

**3.45**
Nonpriority creditor's name and mailing address
Hitana (Jane Holzer)
41 East 65th Street
New York, NY 10021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$260,000.00

---

**3.46**
Nonpriority creditor's name and mailing address
Ikkan Sanada
39 Keppel Road
#01-05 Tanjong Pagar Distripar
Singapore, 089065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$140,231.67

---

**3.47**
Nonpriority creditor's name and mailing address
Inarco, John Cavaliero
190 East 72nd Street
New York, NY 10021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.48**
Nonpriority creditor's name and mailing address
Innoventor Intl
445 Park Avenue, Ste. 1904
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan, Unpaid Sales and Sandy Damage

Is the claim subject to offset? ■ No  ☐ Yes

$791,793.05

---

**3.49**
Nonpriority creditor's name and mailing address
Jeffrey H. Loria & Co.
19 East 72nd Street
New York, NY 10021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.50**
Nonpriority creditor's name and mailing address
Joe Edelman
350 West Broadway, Floor R
New York, NY 10013

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.51**
Nonpriority creditor's name and mailing address
John Szemansco
78 Church Hill Road
Waterford, NY 12188

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,534.10 |
|---|---|---|---|

**3.52** Nonpriority creditor's name and mailing address
Johnson Gallagher LLC
75 Broad Street
20th Floor
New York, NY 10004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

$5,534.10

---

**3.53** Nonpriority creditor's name and mailing address
Joseph Matalon
via Vittor Pisani N. 2
20124 Milano
Italy

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.54** Nonpriority creditor's name and mailing address
Karen Lennox
Karen Lennox Gallery
257 East Delaware Place- 6A
Chicago, IL 60611

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

$175,000.00

---

**3.55** Nonpriority creditor's name and mailing address
Kay Richards
IKON Ltd.
2525 Michigan Avenue, Unit G4
Santa Monica, CA 90404

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.56** Nonpriority creditor's name and mailing address
Lawrence Benenson
Benenson Capital Partners
708 Third Avenue
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

$325,000.00

---

**3.57** Nonpriority creditor's name and mailing address
LogMein, Inc.
320 Summer Street
Boston, MA 02210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.58** Nonpriority creditor's name and mailing address
Lyberated Syndication
5001 Baum Blvd., Ste 770
Pittsburgh, PA 15213

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,132.00 |
|---|---|---|---|

Manhattan Mini Storage
420 East 62nd Street
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Margarita Venegas
Calle Comericio 13 2o, 1a
Barcelona
Spain

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,025.80 |
|---|---|---|---|

McKool Smith
300 Crescent Court, Ste 1500
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,750.00 |
|---|---|---|---|

MCM Productions
115 1st Place, 1R
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Michael Haber Enterprises
315 East 65th Street
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Mike Heller
207 West 25th Street, PH
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

Miramar Properties Corp.
530 Park Avenue, #4F
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Moishe Beniaker
1451 45th Street
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Nadia Chowaiki
1037 Singing Hills Drive
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Naftali Leser
c/oJudd Grossman -Grossman LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

New York State Department of L
Unemployment Insurance Divisio
State Office Campus, B-12, RM
Albany, NY 12240-0356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,830.94 |
|---|---|---|---|

Oxford/United Healthcare
4 Research Drive
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300,000.00 |
|---|---|---|---|

Piedmont Capital LLC
42 West 17th Street, Suite 7A
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Pierre Sebastien
Pierre Sebastien Fine Art LLC
12 East 86th Street, #1230
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address**<br>Ricardo Mirat/Mirat & Co.<br>c/ Blanca de Navarra, 8<br>28010<br>Madrid<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
|------|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Rick Silver<br>6070 Atkinson Road<br>New Hope, PA 18938<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Robert Rimberg, RH9 Group LLC<br>c/o Goldberg & Rimberg PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Rocket Research, LLC<br>41 Royal Oak Ct.<br>Mountain View, CA 94040<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $49.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Ron Soffer<br>Soffer Avocats<br>4 rue Quentin Bauchart<br>75008 Paris, France<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,500.00 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Rowland Weinstein<br>Weinstein Gallery<br>383 Geary Street<br>San Francisco, CA 94102<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>Sandy Rower/Rower Project Offi<br>207 West 25th Street, PH<br>New York, NY 10001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.80**

Nonpriority creditor's name and mailing address
Shari Brownfield Fine Art LLC
Shari Brownfield Fine Art LLC
4269 Chickadee Circle
Jackson, WY 83001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81**

Nonpriority creditor's name and mailing address
Shay Rosen and Orian Levin
50 HaShoftim Street
Ramat Ha Sharon
Israel

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$230,000.00**

---

**3.82**

Nonpriority creditor's name and mailing address
Sophocles Zoullas
829 Park Avenue
New York, NY 10021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83**

Nonpriority creditor's name and mailing address
Sotheby's
1334 York Avenue
New York, NY 10021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,898,282.68**

---

**3.84**

Nonpriority creditor's name and mailing address
SP Central Parking
2401 21st Avenue South
Nashville, TN 37212

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.85**

Nonpriority creditor's name and mailing address
Spectrum
41-61 Kissena Blvd.
Flushing, NY 11355-3189

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$36.06**

---

**3.86**

Nonpriority creditor's name and mailing address
Spectrum Business
41-61 Kissenna Blvd
Flushing, NY 11355-3189

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$369.99**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**3.87** | Nonpriority creditor's name and mailing address
Steve Ohara
171 East 84th Street, Apt 35 E
New York, NY 10028

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.88** | Nonpriority creditor's name and mailing address
Susan Greenfiled/Norberto Dela
530 Park Avenue, #4F
New York, NY 10065

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.89** | Nonpriority creditor's name and mailing address
The Art Collection (Ely Sakhai)
39 Cutter Mill Road
Great Neck, NY 11021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$992,000.00**

---

**3.90** | Nonpriority creditor's name and mailing address
Thomas Gibson Fine Art Ltd
39 St. Jame's Street
London SW1A 1JD
United Kingdon

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.91** | Nonpriority creditor's name and mailing address
Thomas S. Morgan
1221 Ocean Avenue, Unit 103
Santa Monica, CA 90401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92** | Nonpriority creditor's name and mailing address
Tiago de Almedia Feijoo Pinto
Convento Corpus Christi
Largo Aljubarrota No. 13-S2
Vila Nova d Gaia Oporto Portug   04400-0120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93** | Nonpriority creditor's name and mailing address
Tyco/ADT
P.O. Box 371967
Pittsburgh, PA 15250-7967

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,126.93**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $520.00 |
|---|---|---|---|

UOVO
41-54 22nd Street
Long Island City, NY 11101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $527.28 |
|---|---|---|---|

Verizon
P.O. Box 15124
Albany, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Yves Bouvier
15 Lorong M Telok Kurau
#05-06, Mabelle, Singapore
425303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Armand Bartos<br>25 East 73rd Street<br>New York, NY 10021 | Line  3.11<br><br>☐  Not listed. Explain ____ | — |
| 4.2 | Christine Hojer Barbari<br>Holmestein 23<br>2720 Vanlose | Line  3.25<br><br>☐  Not listed. Explain ____ | — |
| 4.3 | DE, Dept of Justice - Atty Gen<br>Carvel State Office Bldg<br>820 | Line  2.5<br><br>☐  Not listed. Explain ____ | — |
| 4.4 | New York City Law Department<br>Corporate Counsel<br>100 Church Street<br>New York, NY 10007 | Line  2.2<br><br>☐  Not listed. Explain ____ | — |
| 4.5 | NYS Attorney General's Office<br>120 Broadway<br>New York, NY 10271 | Line  2.3<br><br>☐  Not listed. Explain ____ | — |
| 4.6 | The Bloomberg Family Trust<br>1248 Skylark Drive<br>La Jolla, CA 92037 | Line  3.20<br><br>☐  Not listed. Explain ____ | — |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7    U.S. Attorney's Office<br>86 Chambers Street<br>New York, NY 10019 | Line **2.1**<br><br>☐   Not listed. Explain ____ | — |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    12,200.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 11,864,811.03 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $    11,877,011.03 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    17-13228

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
| | State the term remaining | | Adam Fromkin |
| | List the contract number of any government contract | | 23 Hillel Street, 6th Floor<br>Jerusalem Israel 94581 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
| | State the term remaining | | Benjamin Aryeh/Rafael Gallery |
| | List the contract number of any government contract | | 1020 Madison Avenue, 3rd Floor<br>New York, NY 10075 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
| | State the term remaining | | Beth Fiore |
| | List the contract number of any government contract | | 508 West 26th Street, Unit 5D<br>New York, NY 10022 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Art Warehouse Lease | |
| | State the term remaining | | Day & Meyer, Murray & Young Co |
| | List the contract number of any government contract | | 1166 Second Avenue<br>New York, NY 10065 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | Dr. Bogomila M. Welsh-Ovacharo |
| | List the contract number of any government contract | | 249 Poplar Plains Road<br>Toronto, Ontario M4V 2N8<br>Canada |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | Ely Sakhai/The Art Collection |
| | List the contract number of any government contract | | 39 Cutter Mill Road<br>Great Neck, NY 11021 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | Joe Edelman |
| | List the contract number of any government contract | | 350 West Broadway, Floor R<br>New York, NY 10013 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | John Szemansco |
| | List the contract number of any government contract | | 78 Church Hill Road<br>Waterford, NY 12188 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | Kay Richards<br>IKON Ltd. |
| | List the contract number of any government contract | | 2525 Michigan Avenue, Unit G4<br>Santa Monica, CA 90404 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Storage Unit Lease | |
|---|---|---|---|
| | State the term remaining | | Manhattan Mini Storage |
| | List the contract number of any | | 420 East 62nd Street<br>New York, NY 10065 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Michael Haber Enterprises<br>315 East 65th Street<br>New York, NY 10065 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Gallery | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Miramar Properties Corp.<br>Norberto de la Rosa<br>530 Park Avenue, #4F<br>New York, NY 10065 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pierre Sebastien<br>Pierre Sebastien Fine Art LLC<br>12 East 86th Street, #1230<br>New York, NY 10023 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Susan Greenfiled/Norberto Dela<br>530 Park Avenue, #4F<br>New York, NY 10065 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Art Warehouse Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | UOVO<br>41-54 22nd Street<br>Long Island City, NY 11101 |

Debtor name    Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    17-13228

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |