**Fill in this information to identify the case:**

Debtor name    Chowaiki & Co. Fine Art Ltd.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    17-13228

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other | $7,264,409.19 |
| For prior year:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $15,659,563.00 |
| For year before that:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $35,240,034.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  SEE ATTACHED SCHEDULE "3" | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  SEE ATTACHED SCHEDULE "4" | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Naftali Leser v. Chowaiki & Co. Fine Art Ltd. et al. 656870/2017 | Civil | State of New York, County of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Residency Unlimited Inc.<br>360 Court Street, Unit #4<br>Brooklyn, NY 11231 | Burning Standard, After Ruscha - Art | 12/18/15 | $75,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | Snug Harbor Cultural Center<br>1000 Richmond Terrace, Bldg P<br>Staten Island, NY 10301 | River Droite De La Seine, Rolleboise -<br>Artwork<br>Portrait De Femme Au Foulard - Artwork<br>Pierrot Et Danseuse - Artwork | 12/18/15 | $72,500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.3. | The Bronx Museum of the Arts<br>1040 Grand Concourse<br>Bronx, NY 10456 | Kiki Smith - Veins & Arteries | 12/18/15 | $6,000.00 |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Platzer, Swergold,  Levine, Goldberg, Ka<br>475 Park Avenue South<br>18th Floor<br>New York, NY 10016 | Attorney Fees, Filing and UCC Search Expenses | 11/13/17 | $10,578.61 |
| **Email or website address**<br>ckatz@platzerlaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   |---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

   | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
   |---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy<br>From-To |
   |---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

  ■  No.
  ☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ■  No. Go to Part 10.
  ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| UOVO<br>41-54 22nd Street<br>Long Island City, NY 11101 | Elizabeth Lan | Artwork | ☐ No<br>■ Yes |
| Manhattan Mini Storage<br>420 East 62nd Street<br>New York, NY 10065 | Elizabeth Lan | Misc Books and Office Records | ☐ No<br>■ Yes |
| Day & Meyer, Murray & Young Co<br>1166 Second Avenue<br>New York, NY 10065 | Elizabeth Lan | Artwork | ☐ No<br>■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached Sched of Consignment Goods | | Artwork | Unknown |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. Galatea Art LLC<br>500 Park Avenue, Suite 16c<br>New York, NY 10022 | Art | EIN: 46-4606633<br><br>**From-To** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Jane Chiong<br>Chiong & Wan CPA's PC<br>485 Madison Avenue, 16th Floor<br>New York, NY 10022 | 2016-2017 |
| 26a.2. Gary Needleman<br>Needleman & Schacter, LLP<br>2001 Marcus Avenue, Ste N116<br>Lake Success, NY 11042 | 2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. Jane Chiong<br>Chiong & Wan CPA's PC<br>485 Madison Avenue, 16th Floor<br>New York, NY 10022 | 2016-2017 |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. Gary Needleman<br>Needleman & Schacter, LLP<br>2001 Marcus Avenue, Ste N116<br>Lake Success, NY 11042 | 2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. Jane Chiong<br>Chiong & Wan CPA's PC<br>485 Madison Avenue, 16th Floor<br>New York, NY 10022 | |
| 26c.2. Gary Needleman<br>Needleman & Schacter, LLP<br>2001 Marcus Avenue, Ste N116<br>Lake Success, NY 11042 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Dangoor | 445 Park Avenue, Ste. 1904 New York, NY 10022 | Shareholder | 66.7% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Lan | 224 Davis Avenue Staten Island, NY 10310 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ezra Chowaiki | 21307 Cornerstone Drive Yardley, PA 19067 | Shareholder | 33.3% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

□ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ezra Chowaiki | 447 Henry Street, Apt. 2 Brooklyn, NY 11231 | Director and President | Inception through 10/31/17 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

□ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | SEE ATTACHED SCHEDULE "30" | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**                                           **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**                                           **Employer Identification number of the parent corporation**

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      November 27, 2017

/s/ Elizabeth G. Lan                                                            Elizabeth G. Lan
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# SCHEDULE "3"

# Chowaiki & Co. Fine Art Ltd.

11/21/2017 1:51 PM

Register: City National Bank
From 08/01/2017 through 10/31/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/01/2017 | | David Benrimon Fin... | Accounts Receivable | | | X | 150,000.00 | 319,966.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 319,955.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 319,944.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 319,933.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 319,922.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 319,911.97 |
| 08/01/2017 | ach | | Bank Service Charges | | 15.00 | X | | 319,896.97 |
| 08/01/2017 | wire out | Bethanne Fiore | Consulting | retainer - 6th m... | 2,800.00 | X | | 317,096.97 |
| 08/01/2017 | wire out | Galatea Art LLC | Investment-Galatea Art... | | 32,000.00 | X | | 285,096.97 |
| 08/01/2017 | wire out | Michael Haber | Loan Payable:Michael ... | partial reim fro... | 50,000.00 | X | | 235,096.97 |
| 08/01/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | | 6,000.00 | X | | 229,096.97 |
| 08/01/2017 | wire out | Shari Edwy Brownfie... | Due to Others/Dealers | partial on Chag... | 25,000.00 | X | | 204,096.97 |
| 08/02/2017 | 1693 | Oxford Health Plans | -split- | inv#51304915 ... | 4,830.94 | X | | 199,266.03 |
| 08/02/2017 | 1694 | AFLAC NEw York | -split- | NBV24 Inv#6... | 654.30 | X | | 198,611.73 |
| 08/02/2017 | 1695 | Aetna Insurance | -split- | H5218957 A/... | 336.64 | X | | 198,275.09 |
| 08/02/2017 | 1696 | Arthur J. Gallagher R... | Prepaid Expense | | 16,700.00 | X | | 181,575.09 |
| 08/02/2017 | 1697 | Spectrum/Time Warn... | Internet/Website Hosting | 8150 20 007 07... | 369.99 | X | | 181,205.10 |
| 08/02/2017 | 1710 | Hitana | Loan Payable:Hitana | VOID: | | X | | 181,205.10 |
| 08/03/2017 | ach | | Bank Service Charges | | 20.00 | X | | 181,185.10 |
| 08/03/2017 | wire out | Yves Bouvier | Exchange | Degas payment... | 160,000.00 | X | | 21,185.10 |
| 08/04/2017 | ach | ADP | Payroll Service Fee | p/r 7/31 | 96.48 | X | | 21,088.62 |
| 08/07/2017 | | | Shipping and Handling | Deposit | | X | 252.00 | 21,340.62 |
| 08/07/2017 | ach | | Bank Service Charges | | 15.00 | X | | 21,325.62 |
| 08/08/2017 | ach | | Bank Service Charges | | 11.00 | X | | 21,314.62 |
| 08/08/2017 | wire out | Nannestad Robinson ... | Interest Expense:Loan ... | partial - loan of... | 15,000.00 | X | | 6,314.62 |
| 08/08/2017 | 1713 | Roksana Medynska | Cleaning | | 135.00 | X | | 6,179.62 |
| 08/10/2017 | ach | Capital One | Capital One #6279 | | 500.00 | X | | 5,679.62 |
| 08/10/2017 | 1714 | Jane Holzer. | Loan Payable:Hitana | VOID: | | X | | 5,679.62 |
| 08/10/2017 | 1715 | Jane Holzer. | Loan Payable:Hitana | | 150,000.00 | X | | -144,320.38 |
| 08/11/2017 | | | Loan Payable:Hitana | Deposit | | X | 150,000.00 | 5,679.62 |
| 08/11/2017 | ach | | Bank Service Charges | NSF fee - Ck#1... | 37.00 | X | | 5,642.62 |
| 08/15/2017 | | | Client Deposit | Deposit | | X | 20.00 | 5,662.62 |
| 08/15/2017 | | | Client Deposit | Deposit | | X | 49,980.00 | 55,642.62 |
| 08/15/2017 | | | Client Deposit | Deposit | | X | 62,500.00 | 118,142.62 |
| 08/15/2017 | ach | Elizabeth G Lan | -split- | | 2,779.81 | X | | 115,362.81 |
| 08/15/2017 | ach | Michelle S Vassallo | -split- | | 1,449.51 | X | | 113,913.30 |
| 08/15/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 450.22 | X | | 113,463.08 |
| 08/15/2017 | ach | United States Treasury | -split- | 52-2449651 | 1,591.52 | X | | 111,871.56 |
| 08/15/2017 | ach | | Bank Service Charges | | 11.00 | X | | 111,860.56 |
| 08/15/2017 | ach | | Bank Service Charges | | 11.00 | X | | 111,849.56 |

Register: City National Bank
From 08/01/2017 through 10/31/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/15/2017 | ach | | Bank Service Charges | | 15.00 | X | | 111,834.56 |
| 08/15/2017 | ach | | Bank Service Charges | | 15.00 | X | | 111,819.56 |
| 08/15/2017 | ach | | Bank Service Charges | | 15.00 | X | | 111,804.56 |
| 08/15/2017 | wire out | Hitana | Loan Payable:Hitana | partial - loan re... | 100,000.00 | X | | 11,804.56 |
| 08/15/2017 | wire out | Miramar Properties, ... | Rent | Aug 2017 | 9,000.00 | X | | 2,804.56 |
| 08/16/2017 | | | Client Deposit | Deposit | | X | 112,500.00 | 115,304.56 |
| 08/16/2017 | ach | | Bank Service Charges | | 15.00 | X | | 115,289.56 |
| 08/16/2017 | ach | | Bank Service Charges | | 11.00 | X | | 115,278.56 |
| 08/16/2017 | ach | | Bank Service Charges | | 11.00 | X | | 115,267.56 |
| 08/16/2017 | ach | | Bank Service Charges | 7/17 serv chg - ... | 4.00 | X | | 115,263.56 |
| 08/16/2017 | ach | | Bank Service Charges | serv chg for filt... | 9.00 | X | | 115,254.56 |
| 08/16/2017 | ach | | Bank Service Charges | serv chg for fra... | 10.00 | X | | 115,244.56 |
| 08/16/2017 | ach | | Bank Service Charges | basic maint for ... | 25.00 | X | | 115,219.56 |
| 08/16/2017 | ach | | Bank Service Charges | basic wire main... | 30.00 | X | | 115,189.56 |
| 08/16/2017 | wire out | Jane Holzer. | Loan Payable:Hitana | against funds o... | 94,000.00 | X | | 21,189.56 |
| 08/16/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | | 1,500.00 | X | | 19,689.56 |
| 08/17/2017 | ach | American Express | American Express | | 10,000.00 | X | | 9,689.56 |
| 08/18/2017 | | | -split- | Deposit | | X | 159,975.00 | 169,664.56 |
| 08/18/2017 | ach | American Express | American Express | | 23,335.32 | X | | 146,329.24 |
| 08/18/2017 | ach | | Bank Service Charges | | 15.00 | X | | 146,314.24 |
| 08/22/2017 | 1717 | Roksana Medynska | Cleaning | | 135.00 | X | | 146,179.24 |
| 08/23/2017 | | | Client Deposit | Deposit | | X | 475,000.00 | 621,179.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 15.00 | X | | 621,164.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 11.00 | X | | 621,153.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 11.00 | X | | 621,142.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 11.00 | X | | 621,131.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 11.00 | X | | 621,120.24 |
| 08/23/2017 | ach | | Bank Service Charges | | 11.00 | X | | 621,109.24 |
| 08/23/2017 | wire out | KCM Incorporated | Due to Others/Dealers | Inv#17-396 | 300,000.00 | X | | 321,109.24 |
| 08/23/2017 | wire out | Dustin A. Stein, Esq. | Exchange | escrow a/c to b... | 80,000.00 | X | | 241,109.24 |
| 08/23/2017 | wire out | Nannestad Robinson ... | Interest Expense:Loan ... | loan from 2/8/2... | 20,000.00 | X | | 221,109.24 |
| 08/23/2017 | wire out | Galatea Art LLC | Investment-Galatea Art... | for Soffer paym... | 75,000.00 | X | | 146,109.24 |
| 08/23/2017 | wire out | Galerie D' Orsay | Sales | re -17-408 | 20,000.00 | X | | 126,109.24 |
| 08/23/2017 | 1716 | Jane Holzer. | Loan Payable:Hitana | VOID: | | X | | 126,109.24 |
| 08/23/2017 | 1721 | Jane Holzer. | Loan Payable:Hitana | VOID: | | X | | 126,109.24 |
| 08/24/2017 | ach | | Bank Service Charges | | 11.00 | X | | 126,098.24 |
| 08/24/2017 | ach | | Bank Service Charges | | 11.00 | X | | 126,087.24 |
| 08/24/2017 | ach | | Bank Service Charges | | 11.00 | X | | 126,076.24 |
| 08/24/2017 | wire out | Borro L1 Inc. | Loan Payable:Borro L1... | interest on loa... | 13,760.00 | X | | 112,316.24 |
| 08/24/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | | 12,000.00 | X | | 100,316.24 |

Register: City National Bank

From 08/01/2017 through 10/31/2017

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/24/2017 | wire out | Dustin A. Stein, Esq. | Exchange | escrow - to be s... | 4,088.00 | X | | 96,228.24 |
| 08/25/2017 | ach | ADP | Payroll Service Fee | p/r 8/15 | 92.72 | X | | 96,135.52 |
| 08/25/2017 | 1718 | Verizon | Telephone | | 401.33 | X | | 95,734.19 |
| 08/25/2017 | 1719 | Spectrum/Time Warn... | Dues and Subscriptions | 8150 10 006 11... | 34.55 | X | | 95,699.64 |
| 08/25/2017 | 1720 | Con Edison | Utilities:Gas and Electric | 42 5425 0001 6... | 386.30 | X | | 95,313.34 |
| 08/31/2017 | | | Insurance:Disability In... | Deposit | | X | 10.40 | 95,323.74 |
| 08/31/2017 | ach | Elizabeth G Lan | -split- | | 2,779.83 | X | | 92,543.91 |
| 08/31/2017 | ach | Ezra e Chowaiki | -split- | | 13,390.44 | X | | 79,153.47 |
| 08/31/2017 | ach | Michelle S Vassallo | -split- | | 1,449.50 | X | | 77,703.97 |
| 08/31/2017 | ach | Sharon P Fortenbaugh | -split- | | 3,140.18 | X | | 74,563.79 |
| 08/31/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 450.22 | X | | 74,113.57 |
| 08/31/2017 | ach | United States Treasury | -split- | 52-2449651 | 1,591.51 | X | | 72,522.06 |
| 08/31/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 2,371.25 | X | | 70,150.81 |
| 08/31/2017 | ach | United States Treasury | -split- | 52-2449651 | 5,857.66 | X | | 64,293.15 |
| 08/31/2017 | ach | NYS Income Tax | Payroll Liabilities | | 10.40 | X | | 64,282.75 |
| 08/31/2017 | 1723 | Marcella Archila | Shipping and Handling | reim | 214.00 | X | | 64,068.75 |
| 09/01/2017 | | | Loan Payable:Hitana | Deposit | | X | 141,000.00 | 205,068.75 |
| 09/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 205,057.75 |
| 09/01/2017 | ach | | Bank Service Charges | | 11.00 | X | | 205,046.75 |
| 09/01/2017 | wire out | Bethanne Fiore | Consulting | retainer 1st mo ... | 2,800.00 | X | | 202,246.75 |
| 09/01/2017 | wire out | Galatea Art LLC | Investment-Galatea Art... | for Ron Soffer'... | 25,000.00 | X | | 177,246.75 |
| 09/01/2017 | 1722 | Jane Holzer | Loan Payable:Hitana | | 141,000.00 | X | | 36,246.75 |
| 09/05/2017 | | | Authentication/Cert/Co... | Deposit | | X | 3,050.67 | 39,297.42 |
| 09/06/2017 | | | Exchange | Deposit | | X | 34,000.00 | 73,297.42 |
| 09/06/2017 | | | Due to Others/Dealers | Deposit | | X | 950,000.00 | 1,023,297.42 |
| 09/06/2017 | ach | | Bank Service Charges | | 15.00 | X | | 1,023,282.42 |
| 09/06/2017 | ach | | Bank Service Charges | nsf returned fee | 37.00 | X | | 1,023,245.42 |
| 09/06/2017 | ach | | Bank Service Charges | | 11.00 | X | | 1,023,234.42 |
| 09/06/2017 | wire out | Helly Nahmad Galler... | Loan Payable:Helly Na... | partial return o... | 40,000.00 | X | | 983,234.42 |
| 09/06/2017 | 1698 | CNA Insurance | -split- | A/C#30158886... | 252.96 | X | | 982,981.46 |
| 09/06/2017 | 1699 | Chiong & Wan CPAs... | Accounts Payable | | 4,279.25 | X | | 978,702.21 |
| 09/06/2017 | 1724 | Roksana Medynska | Cleaning | | 135.00 | X | | 978,567.21 |
| 09/06/2017 | 1725 | Diffusion D'art Cont... | Due to Others/Dealers | Chagall - Scene... | 950,000.00 | X | | 28,567.21 |
| 09/06/2017 | 1730 | Primary Art Services,... | Accounts Payable | Inv#404446 | 212.50 | X | | 28,354.71 |
| 09/06/2017 | 1731 | Tyco Integrated  Sec... | Accounts Payable | | 476.87 | X | | 27,877.84 |
| 09/06/2017 | 1732 | Dad Trucking Inc | Accounts Payable | | 675.00 | X | | 27,202.84 |
| 09/06/2017 | 1733 | Spectrum/Time Warn... | Internet/Website Hosting | 8150 20 007 07... | 369.99 | X | | 26,832.85 |
| 09/06/2017 | 1734 | Dustin A. Stein, Esq. | Accounts Payable | | 595.00 | X | | 26,237.85 |
| 09/07/2017 | ach | | Bank Service Charges | nsf check retur... | 37.00 | X | | 26,200.85 |
| 09/07/2017 | ach | | Bank Service Charges | | 11.00 | X | | 26,189.85 |

# Chowaiki & Co. Fine Art Ltd.

11/21/2017 1:51 PM

Register: City National Bank
From 08/01/2017 through 10/31/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/07/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | | 1,000.00 | X | | 25,189.85 |
| 09/08/2017 | | | Loan Payable:Dustin A... | Deposit | | X | 350,000.00 | 375,189.85 |
| 09/08/2017 | ach | Capital One | Capital One #6279 | | 500.00 | X | | 374,689.85 |
| 09/08/2017 | ach | | Bank Service Charges | int'l wire invest... | 40.00 | X | | 374,649.85 |
| 09/08/2017 | ach | ADP | Accounts Payable | p/r 8/31 | 96.48 | X | | 374,553.37 |
| 09/11/2017 | ach | | Bank Service Charges | | 15.00 | X | | 374,538.37 |
| 09/11/2017 | ach | | Bank Service Charges | | 11.00 | X | | 374,527.37 |
| 09/11/2017 | ach | | Bank Service Charges | | 11.00 | X | | 374,516.37 |
| 09/11/2017 | wire out | Diffusion D'art Cont... | Due to Others/Dealers | Chagall "Scene... | 200,000.00 | X | | 174,516.37 |
| 09/11/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | loan | 1,000.00 | X | | 173,516.37 |
| 09/12/2017 | 1727 | The Art Collection | Due to Others/Dealers | VOID: stop pa... | | X | | 173,516.37 |
| 09/13/2017 | | | Loan Payable:Dustin A... | Deposit | | X | 85,000.00 | 258,516.37 |
| 09/13/2017 | ach | | Bank Service Charges | | 15.00 | X | | 258,501.37 |
| 09/13/2017 | ach | | Bank Service Charges | | 11.00 | X | | 258,490.37 |
| 09/13/2017 | ach | | Bank Service Charges | | 20.00 | X | | 258,470.37 |
| 09/13/2017 | wire out | Miramar Properties, ... | Rent | Sep 2017 | 9,000.00 | X | | 249,470.37 |
| 09/13/2017 | wire out | Yves Bouvier | Exchange | Citibank Singa... | 160,000.00 | X | | 89,470.37 |
| 09/13/2017 | 1735 | Oxford Health Plans | -split- | CC52945 BG0... | 4,830.94 | X | | 84,639.43 |
| 09/13/2017 | 1736 | Aetna Insurance | -split- | H5336376 A/... | 336.64 | X | | 84,302.79 |
| 09/13/2017 | 1737 | AFLAC NEw York | -split- | | 654.30 | X | | 83,648.49 |
| 09/13/2017 | 1738 | Con Edison | Utilities:Gas and Electric | 42-5425-0001-... | 381.68 | X | | 83,266.81 |
| 09/13/2017 | 1739 | Spectrum/Time Warn... | Dues and Subscriptions | 8150 10 006 11... | 36.07 | X | | 83,230.74 |
| 09/13/2017 | 1740 | GV Art Conservation... | -split- | Inv#31214 & 3... | 2,025.00 | X | | 81,205.74 |
| 09/14/2017 | | | Loan Payable:Combine... | Deposit | | X | 500,000.00 | 581,205.74 |
| 09/14/2017 | ach | | Bank Service Charges | | 15.00 | X | | 581,190.74 |
| 09/14/2017 | ach | | Bank Service Charges | | 11.00 | X | | 581,179.74 |
| 09/14/2017 | wire out | Diffusion D'art Cont... | Due to Others/Dealers | partial payt on ... | 500,000.00 | X | | 81,179.74 |
| 09/15/2017 | | | Insurance:Disability In... | Deposit | | X | 2.60 | 81,182.34 |
| 09/15/2017 | | | Loan Payable:Dustin A... | Deposit | | X | 65,000.00 | 146,182.34 |
| 09/15/2017 | ach | Elizabeth G Lan | -split- | | 4,957.88 | X | | 141,224.46 |
| 09/15/2017 | ach | Michelle S Vassallo | -split- | | 1,449.50 | X | | 139,774.96 |
| 09/15/2017 | ach | United States Treasury | -split- | 52-2449651 | 3,235.03 | X | | 136,539.93 |
| 09/15/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 934.65 | X | | 135,605.28 |
| 09/15/2017 | ach | | Bank Service Charges | | 15.00 | X | | 135,590.28 |
| 09/15/2017 | ach | | Bank Service Charges | stop payt fee - | 30.00 | X | | 135,560.28 |
| 09/15/2017 | ach | NYS Department of ... | NYS Corp Tax | | 750.00 | X | | 134,810.28 |
| 09/15/2017 | ach | | Bank Service Charges | | 11.00 | X | | 134,799.28 |
| 09/15/2017 | ach | | Bank Service Charges | | 11.00 | X | | 134,788.28 |
| 09/15/2017 | ach | NYC Department of ... | NYC Corp. Tax | | 875.00 | X | | 133,913.28 |
| 09/15/2017 | To Print | NYS Income Tax | Payroll Liabilities | | 2.60 | X | | 133,910.68 |

Page 4

Register: City National Bank

From 08/01/2017 through 10/31/2017

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/18/2017 | ach | | Bank Service Charges | filter autorizati... | 4.00 | X | | 133,906.68 |
| 09/18/2017 | ach | | Bank Service Charges | filter fraud susp... | 9.00 | X | | 133,897.68 |
| 09/18/2017 | ach | | Bank Service Charges | fraud protectio... | 10.00 | X | | 133,887.68 |
| 09/18/2017 | ach | | Bank Service Charges | basic maint for ... | 25.00 | X | | 133,862.68 |
| 09/18/2017 | ach | | Bank Service Charges | wire maint for ... | 30.00 | X | | 133,832.68 |
| 09/18/2017 | wire out | Hitana | Loan Payable:Hitana | loan reim again... | 75,000.00 | X | | 58,832.68 |
| 09/18/2017 | wire out | Sophocles Zoullas | Accounts Payable | per contract 11/... | 50,000.00 | X | | 8,832.68 |
| 09/18/2017 | 1726 | Miguel Archilla | Shipping and Handling | art handling/tra... | 295.50 | X | | 8,537.18 |
| 09/19/2017 | | | Exchange | Deposit | | X | 300,000.00 | 308,537.18 |
| 09/19/2017 | | | Exchange | Deposit | | X | 375,000.00 | 683,537.18 |
| 09/19/2017 | | | Exchange | Deposit | | X | 300,000.00 | 983,537.18 |
| 09/19/2017 | ach | | Bank Service Charges | | 15.00 | X | | 983,522.18 |
| 09/19/2017 | ach | | Bank Service Charges | | 15.00 | X | | 983,507.18 |
| 09/19/2017 | ach | | Bank Service Charges | | 15.00 | X | | 983,492.18 |
| 09/19/2017 | ach | | Bank Service Charges | | 11.00 | X | | 983,481.18 |
| 09/19/2017 | wire out | Borro L1 Inc. | -split- | full payt of loan | 873,760.00 | X | | 109,721.18 |
| 09/19/2017 | 1728 | Roksana Medynska | Cleaning | | 135.00 | X | | 109,586.18 |
| 09/20/2017 | | | Exchange | Deposit | | X | 375,000.00 | 484,586.18 |
| 09/20/2017 | ach | | Bank Service Charges | | 11.00 | X | | 484,575.18 |
| 09/20/2017 | ach | | Bank Service Charges | | 15.00 | X | | 484,560.18 |
| 09/20/2017 | wire out | Diffusion D'art Cont... | Due to Others/Dealers | inv#17-399 & ... | 250,000.00 | X | | 234,560.18 |
| 09/20/2017 | 1741 | Verizon | Telephone | VOID: 212 319... | | X | | 234,560.18 |
| 09/20/2017 | 1742 | Verizon | Telephone | 212 319 7333 7... | 370.51 | X | | 234,189.67 |
| 09/20/2017 | 1743 | Spectrum/Time Warn... | Internet/Website Hosting | 8150 20 007 07... | 369.99 | X | | 233,819.68 |
| 09/20/2017 | 1744 | The Better Image | Authentication/Cert/Co... | Inv#17129 | 750.00 | X | | 233,069.68 |
| 09/20/2017 | 1745 | Chiong & Wan CPAs... | Accounts Payable | Inv#5394 | 2,791.00 | X | | 230,278.68 |
| 09/21/2017 | ach | American Express | American Express | | 42,207.89 | X | | 188,070.79 |
| 09/21/2017 | ach | | Bank Service Charges | | 11.00 | X | | 188,059.79 |
| 09/21/2017 | wire out | Sophocles Zoullas | Accounts Payable | per contract 11/... | 100,000.00 | X | | 88,059.79 |
| 09/22/2017 | ach | ADP | Payroll Service Fee | p/r 9/15 | 92.72 | X | | 87,967.07 |
| 09/22/2017 | ach | | Bank Service Charges | | 11.00 | X | | 87,956.07 |
| 09/22/2017 | wire out | Ezra Chowaiki | Loan to/fr Ezra | | 1,000.00 | X | | 86,956.07 |
| 09/27/2017 | 1746 | Oxford Health Plans | Prepaid Expense | CC52945 BG... | 4,830.94 | * | | 82,125.13 |
| 09/27/2017 | 1747 | Arthur J. Gallagher R... | Accounts Payable | 3 of 3 UM0001... | 16,700.00 | * | | 65,425.13 |
| 09/27/2017 | 1748 | Crozier Fine Arts, Inc. | Accounts Payable | Project#11908... | 3,415.65 | * | | 62,009.48 |
| 09/27/2017 | 1749 | Art Miami LLC | Art Fair:Miami FL | AM-8405 | 11,812.50 | * | | 50,196.98 |
| 09/27/2017 | 1750 | Aetna Insurance | Prepaid Expense | H5450261 A/... | 336.64 | * | | 49,860.34 |
| 09/28/2017 | | | Loan Payable:Carpente... | Deposit | | X | 312,500.00 | 362,360.34 |
| 09/28/2017 | ach | | Bank Service Charges | | 15.00 | X | | 362,345.34 |
| 09/28/2017 | ach | | Bank Service Charges | | 11.00 | X | | 362,334.34 |

Register: City National Bank
From 08/01/2017 through 10/31/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/28/2017 | wire out | Sophocles Zoullas | Accounts Payable | per contract 11/... | 300,000.00 | X | | 62,334.34 |
| 09/29/2017 | ach | Elizabeth G Lan | -split- | | 2,779.82 | X | | 59,554.52 |
| 09/29/2017 | ach | Ezra e Chowaiki | -split- | | 14,301.85 | X | | 45,252.67 |
| 09/29/2017 | ach | Michelle S Vassallo | -split- | | 1,449.50 | X | | 43,803.17 |
| 09/29/2017 | ach | Sharon P Fortenbaugh | -split- | | 8,681.18 | X | | 35,121.99 |
| 09/30/2017 | | | Insurance:Disability In... | Deposit | | X | 7.80 | 35,129.79 |
| 09/30/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 2,371.25 | X | | 32,758.54 |
| 09/30/2017 | ach | United States Treasury | -split- | 52-2449651 | 4,952.85 | X | | 27,805.69 |
| 09/30/2017 | ach | NYS Income Tax | -split- | 52-2449651 | 450.22 | X | | 27,355.47 |
| 09/30/2017 | ach | United States Treasury | -split- | 52-2449651 | 1,591.52 | X | | 25,763.95 |
| 09/30/2017 | ach | NYS Income Tax | Payroll Liabilities | | 7.80 | X | | 25,756.15 |
| 10/02/2017 | | | Exchange | Deposit | | * | 917.87 | 26,674.02 |
| 10/02/2017 | ach | | Bank Service Charges | | 12.00 | * | | 26,662.02 |
| 10/02/2017 | wire out | Bethanne Fiore | Consulting | retainer fee mo... | 2,800.00 | * | | 23,862.02 |
| 10/03/2017 | ach | | Bank Service Charges | | 12.00 | * | | 23,850.02 |
| 10/03/2017 | wire out | Galatea Art LLC | Investment-Galatea Art... | | 1,500.00 | * | | 22,350.02 |
| 10/03/2017 | 1751 | Roksana Medynska | Cleaning | | 135.00 | * | | 22,215.02 |
| 10/04/2017 | | Andrew Kreps Gallery | Accounts Receivable | | | * | 5,000.00 | 27,215.02 |
| 10/04/2017 | ach | | Bank Service Charges | | 15.00 | * | | 27,200.02 |
| 10/04/2017 | 1766 | Day & Meyer, Murra... | -split- | Inv#121293 Cu... | 559.35 | * | | 26,640.67 |
| 10/04/2017 | 1767 | A Plus Courier Intern... | Postage and Delivery | Inv#A246454 | 28.50 | * | | 26,612.17 |
| 10/04/2017 | 1768 | AFLAC NEw York | -split- | | 654.30 | * | | 25,957.87 |
| 10/04/2017 | 1769 | CNA Insurance | -split- | A/C# 3015888... | 604.52 | * | | 25,353.35 |
| 10/06/2017 | ach | ADP | Accounts Payable | p/r 9/30 | 96.48 | * | | 25,256.87 |
| 10/11/2017 | ach | | Bank Service Charges | | 12.00 | * | | 25,244.87 |
| 10/11/2017 | wire out | Miramar Properties, ... | Rent | Oct 2017 | 9,000.00 | * | | 16,244.87 |
| 10/11/2017 | 1770 | Scott Gerson Conser... | Art Conservation/Resto... | | 326.30 | * | | 15,918.57 |
| 10/12/2017 | ach | Capital One | Capital One #6279 | phone payt | 435.00 | * | | 15,483.57 |
| 10/13/2017 | ach | Elizabeth G Lan | -split- | | 2,779.82 | * | | 12,703.75 |
| 10/13/2017 | ach | Michelle S Vassallo | -split- | | 1,449.51 | * | | 11,254.24 |
| 10/13/2017 | To Print | NYS Income Tax | -split- | 52-2449651 | 450.22 | * | | 10,804.02 |
| 10/13/2017 | To Print | United States Treasury | -split- | 52-2449651 | 1,591.51 | * | | 9,212.51 |
| 10/15/2017 | | | Insurance:Disability In... | Deposit | | * | 2.60 | 9,215.11 |
| 10/15/2017 | To Print | NYS Income Tax | Payroll Liabilities | | 2.60 | * | | 9,212.51 |
| 10/18/2017 | 1729 | Roksana Medynska | Cleaning | | 135.00 | * | | 9,077.51 |
| 10/18/2017 | 1771 | A Plus Courier Intern... | Postage and Delivery | Inv#A246778 ... | 9.50 | * | | 9,068.01 |
| 10/18/2017 | 1772 | Spectrum/Time Warn... | Dues and Subscriptions | 8150 10 006 11... | 36.06 | * | | 9,031.95 |
| 10/19/2017 | debit | | Bank Service Charges | | 4.00 | * | | 9,027.95 |
| 10/19/2017 | debit | | Bank Service Charges | | 9.00 | * | | 9,018.95 |
| 10/19/2017 | debit | | Bank Service Charges | | 10.00 | * | | 9,008.95 |

Register: City National Bank

From 08/01/2017 through 10/31/2017

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/19/2017 | debit | | Bank Service Charges | | 25.00 | * | | 8,983.95 |
| 10/19/2017 | debit | | Bank Service Charges | | 30.00 | * | | 8,953.95 |
| 10/20/2017 | debit | ADP | Payroll Service Fee | | 92.72 | * | | 8,861.23 |
| 10/23/2017 | | | Exchange | Deposit | | * | 230,000.00 | 238,861.23 |
| 10/23/2017 | debit | | Bank Service Charges | | 15.00 | * | | 238,846.23 |
| 10/27/2017 | debit | AT & T | Telephone | | 1,294.59 | * | | 237,551.64 |
| 10/30/2017 | | | Loan FromDavid Dang... | Deposit | | * | 31,030.59 | 268,582.23 |
| 10/30/2017 | | Arcature Fine Art_c | Accounts Receivable | | | * | 65,000.00 | 333,582.23 |
| 10/30/2017 | debit | | Bank Service Charges | | 15.00 | * | | 333,567.23 |
| 10/30/2017 | debit | Caroline Schmidt Fin... | Due to Others/Dealers | Inv#17-415 | 58,000.00 | * | | 275,567.23 |
| 10/30/2017 | debit | | Bank Service Charges | | 12.00 | * | | 275,555.23 |
| 10/31/2017 | debit | Ezra e Chowaiki | -split- | | 14,301.84 | | | 261,253.39 |
| 10/31/2017 | debit | Sharon P Fortenbaugh | -split- | | 3,140.18 | | | 258,113.21 |
| 10/31/2017 | debit | Elizabeth G Lan | -split- | | 2,779.81 | | | 255,333.40 |
| 10/31/2017 | debit | Michelle S Vassallo | -split- | | 1,449.50 | | | 253,883.90 |
| 10/31/2017 | To Print | NYS Income Tax | -split- | 52-2449651 | 2,371.25 | | | 251,512.65 |
| 10/31/2017 | To Print | United States Treasury | -split- | 52-2449651 | 4,034.86 | | | 247,477.79 |
| 10/31/2017 | To Print | NYS Income Tax | -split- | 52-2449651 | 450.22 | | | 247,027.57 |
| 10/31/2017 | To Print | United States Treasury | -split- | 52-2449651 | 1,591.53 | | | 245,436.04 |

# SCHEDULE "4"

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Account
### As of November 12, 2017

| | Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **Loan From:David Dangoor-$550,000** | | | | | | |
| **From David E.R. Dangoor** | | | | | | |
| | Deposit | 06/05/2017 | | David E R Dangoor | per email 6/5 | 50,000.00 |
| | Check | 09/15/2017 | wire out | David E R Dangoor | loan reim - no interest per email | -50,000.00 |
| **TOTAL** | | | | | | 0.00 |

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Payroll Item
### November 12, 2016 through November 12, 2017

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Salary** | | | | |
| Paycheck | 11/30/2016 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 12/30/2016 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 01/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 03/01/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 03/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 04/30/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 06/30/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 07/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 08/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 09/29/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 10/31/2017 | debit | Ezra e Chowaiki | 18,750.00 |
| **Total Salary** | | | | 206,250.00 |
| **TOTAL** | | | | 206,250.00 |

## Chowaiki & Co. Fine Art Ltd.
## Transactions by Account
### As of November 21, 2017

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Loan to/fr Ezra** | | | | | |
| Check | 11/22/2016 | wireout | Ezra Chowaiki | | 2,000.00 |
| Check | 12/08/2016 | wireout | Ezra Chowaiki | | 2,000.00 |
| Check | 12/30/2016 | wireout | Ezra Chowaiki | | 5,000.00 |
| Check | 02/14/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 02/24/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 03/07/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 03/24/2017 | wireout | Ezra Chowaiki | loan | 1,500.00 |
| Check | 04/03/2017 | wireout | Ezra Chowaiki | loan | 11,000.00 |
| Check | 04/18/2017 | wireout | Ezra Chowaiki | loan | 7,000.00 |
| Check | 05/05/2017 | wireout | Ezra Chowaiki | | 1,500.00 |
| Check | 06/01/2017 | wireout | Ezra Chowaiki | | 5,000.00 |
| Check | 06/01/2017 | wire out | Ezra Chowaiki | | 1,200.00 |
| Check | 06/05/2017 | wire out | Ezra Chowaiki | loan | 7,000.00 |
| Check | 06/16/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 06/22/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 07/14/2017 | wire out | Ezra Chowaiki | | 2,500.00 |
| Check | 07/18/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| Check | 07/27/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 07/31/2017 | wire out | Ezra Chowaiki | | 15,000.00 |
| Check | 08/01/2017 | wire out | Ezra Chowaiki | | 6,000.00 |
| Check | 08/16/2017 | wire out | Ezra Chowaiki | | 1,500.00 |
| Check | 08/24/2017 | wire out | Ezra Chowaiki | | 12,000.00 |
| Check | 09/07/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| Check | 09/11/2017 | wire out | Ezra Chowaiki | loan | 1,000.00 |
| Check | 09/22/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| **TOTAL** | | | | | **93,200.00** |

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Payroll Item
### November 12, 2016 through October 31, 2017

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Salary** | | | | |
| Paycheck | 11/15/2016 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 11/30/2016 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 12/15/2016 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 12/30/2016 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 01/13/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 01/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 02/16/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 03/01/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 03/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 03/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 04/14/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 04/30/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 05/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 05/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 06/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 06/30/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 07/14/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 07/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 08/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 08/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 09/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 09/29/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 10/13/2017 | ach | Elizabeth G Lan | 3,958.33 |
| Paycheck | 10/31/2017 | debit | Elizabeth G Lan | 3,958.33 |
| **Total Salary** | | | | 94,999.92 |
| | | | | |
| **Commission** | | | | |
| Paycheck | 07/31/2017 | ach | Elizabeth G Lan | 3,000.00 |
| Paycheck | 09/15/2017 | ach | Elizabeth G Lan | 4,000.00 |
| **Total Commission** | | | | 7,000.00 |
| | | | | |
| **Bonus** | | | | |
| Paycheck | 12/30/2016 | ach | Elizabeth G Lan | 17,164.06 |
| **Total Bonus** | | | | 17,164.06 |
| | | | | |
| | | | | 119,163.98 |

# SCHEDULE "21"

Chowaik & Co. Fine Art Ltd.
Schedule of Artworks that are Consigned IN, from other owners/dealers/sources
As of 11/8/17

| ARTWORK | CONSIGNOR | STATUS/LOCATION |
| --- | --- | --- |
| Ernst, Temptation of St. Anthony | Rowland Weinstein, Weinstein Gallery | *Collateral: with Michael Black |
| Tanguy, Je te retrouve objet trouve | Rowland Weinstein, Weinstein Gallery | *Collateral: With Michael Black |
| Matta, Black Mirror | Rowland Weinstein, Weinstein Gallery | *Collateral - with Michael Black |
| Chagall, Bouquet au verre | Rowland Weinstein, Weinstein Gallery | *Collateral - with Ely Sakhai |
| Baldessari, Terra series, As it is | Pierre Sebastien Fine Art, LLC | Gallery, 500 Park |
| LeWitt, Vertical Line Scribbles | Pierre Sebastien Fine Art, LLC | Gallery, 500 Park |
| Mondrian, Polder Moored Boat near Amsterdam II | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| Mondrian, Broekzijder Mill in the Evening | Dr. Bogomila Welsh-Ovacharov | *Collateral - with Dustin Stein |
| van der Leck, Jenny | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| van Doesburg & Schwitters, Kleine Dada Soiree | Dr. Bogomila Welsh-Ovacharov | Gallery, 500 Park |
| Degas, Danseuse en rose | Yves Bouvier | *Collateral - with Ely Sakhai |
| Murakami, Jellyfish Eyes | Thomas S Morgan | *Collateral - with Benrimon / Piedmont |
| Wesselmann, Maquette for Negative Blue (Deep) | Adam Fromkin | Consigned out to KS Enterprise/Dustin Stein |
| Miro, Untitled (1971) | Jeffrey H Loria & Co., Inc | *Collateral - with Ely Sakhai |
| Leger, Portrait of Mrs. Chester Dale | Jeffrey H Loria & Co, Inc | *Collateral - with Ely Sakhai |
| Schmidt-Rottluff, Haus im schnee | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Picasso, Sun God | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Picasso, Tete de clown, fond bleu | Joe Edelman | Consigned out (with permission) to: Galerie Thomas in Germany |
| Wesselmann, Standing Nude (Steel Drawing) | Ikon Ltd. | Gallery, 500 Park |
| Guillaumin, Landscape | Benjamin Aryeh/Rafael Gallery | Gallery, 500 Park |
| Francis, Untitled (SF 1395) | Ely Sakhai/The Art Collection | Gallery, 500 Park |
| Warhol, Cream of Mushroom from Campbell Soup - screen | Ely Sakhai/The Art Collection | Gallery, 500 Park |
| Scharf, Nose Lock Dock | Michael Haber | Gallery, 500 Park |
| Viera da Silva, Tempete | Dr. Joao de Brito | *Collateral - with Jane Holzer/Hitatra |
| Picasso, Le gueridon | Benito Malvar | *Collateral - with Benrimon / Piedmont |
| Leger, Jazz Joueur de contrebasse et scene de cirque | Benito Malvar | The gallery SOLD this piece in January 2017, we have shipped the work to the new owner. |
| Portfolio of 3 drawings/works on paper | John Szemansco | Gallery, 500 Park |
| Suite of 31 Calder works on paper | Alfredo Melgar | **The Calder Foundation |
| Calder, Untitled (Blue and Yellow Butterfly) | Nadia Chowaiki | *The gallery SOLD this piece in August 2017. |
| Calder, Pink faced Cat | Nadia Chowaiki | Currently still with Ely Sakhai (since Feb. 2015) |
| Calder, The Pedestrians | Nadia Chowaiki | Currently still with Ely Sakhai (since Feb. 2015) |
| Calder, The Grind Lady | Nadia Chowaiki | Currently still with Ely Sakhai (since Aug. 2014) |

PLEASE ALSO NOTE THESE PIECES:
Picasso, Le clown          Under our care/possession via a Joint Venture *Collateral - with Benrimon / Piedmont
deChirico, Ettore e Andromaca          Under our care/possession via an Amended JO *Currently still with Ely Sakhai (since July of 2016).

# SCHEDULE "30"

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Account
### As of November 12, 2017

| | Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **Loan FromDavid Dangoor-$550,000** | | | | | | |
| **From David E.R. Dangoor** | | | | | | |
| | Deposit | 06/05/2017 | | David E R Dangoor | per email 6/5 | 50,000.00 |
| | Check | 06/16/2017 | wire out | David E R Dangoor | loan reim - no interest per email | -50,000.00 |
| **TOTAL** | | | | | | 0.00 |

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Payroll Item
### November 12, 2016 through November 12, 2017

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Salary** | | | | |
| Paycheck | 11/30/2016 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 12/30/2016 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 01/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 03/01/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 03/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 04/30/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 06/30/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 07/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 08/31/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 09/29/2017 | ach | Ezra e Chowaiki | 18,750.00 |
| Paycheck | 10/31/2017 | debit | Ezra e Chowaiki | 18,750.00 |
| **Total Salary** | | | | 206,250.00 |
| **TOTAL** | | | | 206,250.00 |

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Account
### As of November 21, 2017

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Loan to/fr Ezra** | | | | | |
| Check | 11/22/2016 | wireout | Ezra Chowaiki | | 2,000.00 |
| Check | 12/08/2016 | wireout | Ezra Chowaiki | | 2,000.00 |
| Check | 12/30/2016 | wireout | Ezra Chowaiki | | 5,000.00 |
| Check | 02/14/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 02/24/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 03/07/2017 | wireout | Ezra Chowaiki | loan | 1,000.00 |
| Check | 03/24/2017 | wireout | Ezra Chowaiki | loan | 1,500.00 |
| Check | 04/03/2017 | wireout | Ezra Chowaiki | loan | 11,000.00 |
| Check | 04/18/2017 | wireout | Ezra Chowaiki | loan | 7,000.00 |
| Check | 05/05/2017 | wireout | Ezra Chowaiki | | 1,500.00 |
| Check | 06/01/2017 | wire out | Ezra Chowaiki | | 5,000.00 |
| Check | 06/01/2017 | wire out | Ezra Chowaiki | | 1,200.00 |
| Check | 06/05/2017 | wire out | Ezra Chowaiki | loan | 7,000.00 |
| Check | 06/16/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 06/22/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 07/14/2017 | wire out | Ezra Chowaiki | | 2,500.00 |
| Check | 07/18/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| Check | 07/27/2017 | wire out | Ezra Chowaiki | | 2,000.00 |
| Check | 07/31/2017 | wire out | Ezra Chowaiki | | 15,000.00 |
| Check | 08/01/2017 | wire out | Ezra Chowaiki | | 6,000.00 |
| Check | 08/16/2017 | wire out | Ezra Chowaiki | | 1,500.00 |
| Check | 08/24/2017 | wire out | Ezra Chowaiki | | 12,000.00 |
| Check | 09/07/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| Check | 09/07/2017 | wire out | Ezra Chowaiki | loan | 1,000.00 |
| Check | 09/11/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| Check | 09/22/2017 | wire out | Ezra Chowaiki | | 1,000.00 |
| **TOTAL** | | | | | **93,200.00** |

# Chowaiki & Co. Fine Art Ltd.
## Transactions by Payroll Item
### November 12, 2016 through October 31, 2017

| | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| **Salary** | | | | | |
| | Paycheck | 11/15/2016 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 11/30/2016 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 12/15/2016 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 12/30/2016 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 01/13/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 01/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 02/16/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 03/01/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 03/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 03/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 04/14/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 04/30/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 05/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 05/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 06/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 06/30/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 07/14/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 07/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 08/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 08/31/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 09/15/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 09/29/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 10/13/2017 | ach | Elizabeth G Lan | 3,958.33 |
| | Paycheck | 10/31/2017 | debit | Elizabeth G Lan | 3,958.33 |
| **Total Salary** | | | | | 94,999.92 |
| | | | | | |
| **Commission** | | | | | |
| | Paycheck | 07/31/2017 | ach | Elizabeth G Lan | 3,000.00 |
| | Paycheck | 09/15/2017 | ach | Elizabeth G Lan | 4,000.00 |
| **Total Commission** | | | | | 7,000.00 |
| | | | | | |
| **Bonus** | | | | | |
| | Paycheck | 12/30/2016 | ach | Elizabeth G Lan | 17,164.06 |
| **Total Bonus** | | | | | 17,164.06 |
| | | | | | |
| | | | | | **119,163.98** |