DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue, 34th Floor
New York, New York 10158
(212) 557-7200
David H. Wander, Esq. (dhw@dhclegal.com)
Malcolm S. Taub, Esq. (mst@dhclegal.com)
*Attorneys for The Art Collection, Inc. and Ely Sakhai*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                  Chapter 7

CHOWAIKI & CO. FINE ART LTD.,                              Case No. 17-13228 (MKV)

                                Debtor.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Davidoff, Hutcher & Citron LLP hereby appears in the above-captioned case as attorneys for **The Art Collection, Inc.** and **Ely Sakhai** and, pursuant to § 101, *et seq.* of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demands that any and all notices and other documents filed in this case be given to and served upon the undersigned at the following address:

> DAVIDOFF HUTCHER & CITRON LLP
> 605 Third Avenue, 34th Floor
> New York, New York 10158
> Attention: David H. Wander, Esq.
>            Malcolm S. Taub, Esq    .
> (212) 557-7200 telephone
> (212) 286-1884 facsimile
> Email: dhw@dhclegal.com
>        mst@dhclegal.com

Dated:  New York, New York
        December 11, 2017                    DAVIDOFF  HUTCHER  &  CITRON  LLP

                                             By:  /s/ David H. Wander
                                                    David H. Wander, Esq.
                                             605 Third Avenue
                                             New York, New York 10158
                                             (212) 557-7200
                                             dhw@dhclegal.com
                                             *Attorneys for The Art Collection, Inc. and Ely Sakhai*

600053v.2