# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 01/11/2018 |
| Case: 17−13228−mkv | Form ID: pdn | Total: 59 |

**Recipients of Notice of Electronic Filing:**
- ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- tr    Albert Togut    alcourt@teamtogut.com
- aty    Clifford A. Katz    ckatz@platzerlaw.com
- aty    Neil Matthew Berger    neilberger@teamtogut.com
- aty    Teresa Sadutto−Carley    tsadutto@platzerlaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Chowaiki & Co. Fine Art Ltd.    500 Park Avenue    Suite 16C    New York, NY 10022 | |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 | |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 | |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 | |
| 7242098 | ARMAND BARTOS    25 EAST 73RD STREET    NEW YORK NY 10021 | |
| 7242097 | ARMAND BARTOS    32 WEST 10TH STREET    NEW YORK NY 10011 | |
| 7242099 | ART ANTIC LTD.    P.O. BOX 94895    DUBAI, UNITED ARAB EMIRATES    CO NO. 1CC20160226 | |
| 7262808 | American Express Bank, FSB    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 | |
| 7242100 | BL3 INC.    767 THIRD AVENUE    NEW YORK NY 10017 | |
| 7242101 | BLOOMBERG FAMILY TRUST    C/O TONI BLOOMBERG    535 PARK AVENUE    NEW YORK NY 10065 | |
| 7262281 | Bloomberg Family Trust    P.O. Box 1915    Park City, UT 84060    Attn: Toni Bloomberg | |
| 7264723 | Brunelle & Hadjikow, P.C.    Attorneys for Bogomila Welsh−Ovcharov    39 Broadway − 33rd Floor    New York, NY 10006 | |
| 7242102 | CARPENTER FINE VIOLINS & COLLE    1 CENTRAL PARK WEST, STE 33F    NEW YORK NY 10023 | |
| 7242103 | COMBINED ART LLC/MICHAEL BLACK    944 PARK AVENUE    NEW YORK NY 10028 | |
| 7242104 | DAVID DANGOOR    445 PARK AVENUE, STE. 1904    NEW YORK NY 10022 | |
| 7261981 | DAVIDOFF HUTCHER & CITRON LLP    Attention: David H. Wander, Esq.    605 Third Avenue, 34th Floor    New York, New York 10158 | |
| 7242105 | DE, DEPT OF JUSTICE − ATTY GEN    CARVEL STATE OFFICE BLDG    820 | |
| 7242106 | DER DANGOOR LLC    445 PARK AVENUE, STE. 1904    NEW YORK NY 10022 | |
| 7242107 | DUSTIN A. STEIN    250 WEST 27TH STREET, APT 4J    NEW YORK NY 10001 | |
| 7263697 | ELAINE SHAY, ESQ.    830 Third Avenue, 5th Floor    New York, NY 10022 | |
| 7242108 | GOLDBERG & RIMBERG PLLC    115 BROADWAY, 3RD FLOOR    NEW YORK NY 10006 | |
| 7242109 | GRAND CAPITAL NY LLC    1659 58TH STREET    BROOKLYN NY 11204 | |
| 7242110 | HELLY NAHMAD INC.    975 MADISON AVENUE    NEW YORK NY 10075 | |
| 7242111 | HITANA (JANE HOLZER)    41 EAST 65TH STREET    NEW YORK NY 10021 | |
| 7242112 | IKKAN SANADA    39 KEPPEL ROAD    #01−05 TANJONG PAGAR DISTRIPAR    SINGAPORE, 089065 | |
| 7242113 | INNOVENTOR INTL    445 PARK AVENUE, STE. 1904    NEW YORK NY 10022 | |
| 7242114 | INTERNAL REVENUE SERVICE    IRS INSOLVENCY UNIT    290 BROADWAY, STOP 5TH FLOOR    NEW YORK, NY 10007 | |
| 7273785 | Jane Holzer    c/o Teitelbaum Law Group, LLC    Attn: Jay Teitelbaum    1 Barker Avenue, 3rd Floor    White Plains, NY 10601 | |
| 7268907 | Jay Teitelbaum, Esq.    Teitelbaum Law Group, LLC    1 Barker Avenue, Third Floor    White Plains, New York 10601 | |
| 7242115 | KAREN LENNOS    257 EAST DELAWARE PLACE− 6A    CHICAGO IL 60611 | |
| 7242116 | LAWRENCE BENENSON    BENENSON CAPITAL PARTNERS    708 THIRD AVENUE    NEW YORK NY 10017 | |
| 7242117 | MICHAEL HABER ENTERPRISES    315 EAST 65TH STREET    NEW YORK NY 10065 | |
| 7242118 | MIRAMAR PROPERTIES CORP.    NORBERTO DE LA ROSA    530 PARK AVENUE, #4F    NEW YORK NY 10065 | |
| 7262359 | McLAUGHLIN & STERN, LLP    Attn: Chester R. Ostrowski    260 Madison Avenue    New York, New York 10016 | |
| 7269065 | Melvyn R. Leventhal, Esq.    488 Madison Avenue, 18th Floor    New York, New York 10022 | |
| 7242119 | NEW YORK CITY DEPT. OF FINANCE    345 ADAMS STREET, 3RD FLOOR    ATTN: LEGAL AFFAIRS    BROOKLYN NY 11201 | |
| 7242120 | NEW YORK CITY LAW DEPARTMENT    CORPORATE COUNSEL    100 CHURCH STREET    NEW YORK NY 10007 | |
| 7242121 | NEW YORK STATE DEPT OF TAX    BANKRUPTCY UNIT    P.O. BOX 5300    ALBANY NY 12205−0300 | |
| 7242122 | NYS ATTORNEY GENERAL'S OFFICE    120 BROADWAY    NEW YORK NY 10271 | |

| | | | | |
|---|---|---|---|---|
| 7256909 | NYS Dept Of Labor | W. Averell Harriman | State Office Building Campus | Albany, NY 12240–0001 |
| 7242123 | PIEDMONT CAPITAL LLC | 42 WEST 17TH STREET, SUITE 7A | NEW YORK NY 10011 | |
| 7264369 | Rattet, PLLC | Attorneys for Debtor | 202 Mamroneck Avenue | White Plains, New York 10601 |
| 7242124 | SHARON PHAIR FORTENBAUGH | 385 SOUTH END AVENUE #7F/G | NEW YORK NY 10280 | |
| 7242125 | SOTHEBY'S | 1334 YORK AVENUE | NEW YORK NY 10021 | |
| 7242126 | STATE OF DE, DEPT OF FINANCE | CARVEL STATE OFFICE BLDG | 820 N. FRENCH ST., 8TH FLOOR | WILMINGTON DE 19801 |
| 7242127 | THE ART COLLECTION (ELY SAKHAI | 39 CUTTER MILL ROAD | GREAT NECK NY 11021 | |
| 7242128 | THE BLOOMBERG FAMILY TRUST | 1248 SKYLARK DRIVE | LA JOLLA CA 92037 | |
| 7269064 | Teitelbaum Law Group, LLC | Attorneys for Jane Holzer | 1 Barker Avenue, Third Floor | White Plains, New York 10601 |
| 7261756 | The Art Collection, Inc. and Ely Sakhai c/o | Davidoff, Hutcher & Citron | 605 Third Avenue, 34th Floor | New York, NY 10158 |
| 7252561 | Togut, Segal & Segal LLP | Attorneys for Albert Togut | One Penn Plaza, Suite 3335 | New York, New York 10119 |
| 7262282 | Toni Bloomberg | P.O. Box 1915 | Park City, UT 84060 | |
| 7242129 | U.S. ATTORNEY'S OFFICE | 86 CHAMBERS STREET | NEW YORK NY 10019 | |
| 7264320 | Yves Bouvier | 15 Lorong M Telok Kurau | #05–06 Mabelle, Singapore | 425303 |

TOTAL: 54