RATTET, PLLC
Robert L. Rattet, Esq.
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 381-7400

*Attorneys for Yves Bouvier*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                    :

In re                                        :        Chapter 7

CHOWAIKI & CO. FINE ART LTD.,       :        Case No. 17-13228 [MKV]

           Debtor.                       :

------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     RATTET PLLC, by the undersigned, hereby enters an appearance as counsel in this case for Yves Bouvier.

Dated:    White Plains, New York
             December 18, 2017

                                              RATTET PLLC

                                              By:   /s/ Robert L. Rattet
                                                     Robert L. Rattet, Esq.
                                            202 Mamaroneck Avenue
                                           Suite 300
                                           White Plains, NY 10601
                                           (914) 381-7400