# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Chowaiki & Co. Fine Art Ltd. | CASE NO.: 17–13228–mkv |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 52–2449651 | CHAPTER: 7 |
| | TRUSTEE: |
| | Albert Togut |
| | Togut Segal & Segal, LLP |
| | One Penn Plaza |
| | Suite 3335 |
| | New York, NY 10119 |
| | Telephone: (212) 594–5000 |

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before April 16, 2018.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: January 11, 2018                    Vito Genna
                                           Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 17-13228-mkv
Chowaiki & Co. Fine Art Ltd.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: admin              Page 1 of 2           Date Rcvd: Jan 11, 2018
                              Form ID: pdn             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db          +Chowaiki & Co. Fine Art Ltd.,    500 Park Avenue,    Suite 16C,    New York, NY 10022-1629
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY   12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY   11201-3719
smg         +United States Attorney's Office,    Southern District of New York,
               Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7242098     +ARMAND BARTOS,   25 EAST 73RD STREET,    NEW YORK NY 10021-3521
7242097     +ARMAND BARTOS,   32 WEST 10TH STREET,    NEW YORK NY 10011-8713
7242099      ART ANTIC LTD.,    P.O. BOX 94895,    DUBAI, UNITED ARAB EMIRATES,    CO NO. 1CC20160226
7242100     +BL3 INC.,   767 THIRD AVENUE,    NEW YORK NY 10017-2023
7242101     +BLOOMBERG FAMILY TRUST,    C/O TONI BLOOMBERG,    535 PARK AVENUE,    NEW YORK NY 10065-8167
7262281     +Bloomberg Family Trust,    P.O. Box 1915,    Park City, UT 84060-1915,    Attn: Toni Bloomberg
7242102     +CARPENTER FINE VIOLINS & COLLE,    1 CENTRAL PARK WEST, STE 33F,    NEW YORK NY 10023-7703
7242103     +COMBINED ART LLC/MICHAEL BLACK,    944 PARK AVENUE,    NEW YORK NY 10028-0319
7242104     +DAVID DANGOOR,    445 PARK AVENUE, STE. 1904,    NEW YORK NY 10022-8616
7261981     +DAVIDOFF HUTCHER & CITRON LLP,    Attention: David H. Wander, Esq.,
               605 Third Avenue, 34th Floor,    New York, New York 10158-3499
7242106     +DER DANGOOR LLC,    445 PARK AVENUE, STE. 1904,    NEW YORK NY 10022-8616
7242107     +DUSTIN A. STEIN,    250 WEST 27TH STREET, APT 4J,    NEW YORK NY 10001-5924
7263697     +ELAINE SHAY, ESQ.,    830 Third Avenue, 5th Floor,    New York, NY 10022-6567
7242108     +GOLDBERG & RIMBERG PLLC,    115 BROADWAY, 3RD FLOOR,    NEW YORK NY 10006-1639
7242109     +GRAND CAPITAL NY LLC,    1659 58TH STREET,    BROOKLYN NY 11204-2144
7242110     +HELLY NAHMAD INC.,    975 MADISON AVENUE,    NEW YORK NY 10075-1825
7242111     +HITANA (JANE HOLZER),    41 EAST 65TH STREET,    NEW YORK NY 10065-6508
7242112      IKKAN SANADA,    39 KEPPEL ROAD,    #01-05 TANJONG PAGAR DISTRIPAR,    SINGAPORE, 089065
7242113     +INNOVENTOR INTL,    445 PARK AVENUE, STE. 1904,    NEW YORK NY 10022-8616
7273785     +Jane Holzer,    c/o Teitelbaum Law Group, LLC,    Attn: Jay Teitelbaum,
               1 Barker Avenue, 3rd Floor,    White Plains, NY 10601-1517
7268907     +Jay Teitelbaum, Esq.,    Teitelbaum Law Group, LLC,    1 Barker Avenue, Third Floor,
               White Plains, New York 10601-1517
7242115     +KAREN LENNOS,    257 EAST DELAWARE PLACE- 6A,    CHICAGO IL 60611-5725
7242116     +LAWRENCE BENENSON,    BENENSON CAPITAL PARTNERS,    708 THIRD AVENUE,    NEW YORK NY 10017-4154
7242117     +MICHAEL HABER ENTERPRISES,    315 EAST 65TH STREET,    NEW YORK NY 10065-6862
7242118     +MIRAMAR PROPERTIES CORP.,    NORBERTO DE LA ROSA,    530 PARK AVENUE, #4F,
               NEW YORK NY 10065-8058
7262359     +McLAUGHLIN & STERN, LLP,    Attn: Chester R. Ostrowski,    260 Madison Avenue,
               New York, New York 10016-2404
7269065     +Melvyn R. Leventhal, Esq.,    488 Madison Avenue, 18th Floor,    New York, New York 10022-5707
7242119     +NEW YORK CITY DEPT. OF FINANCE,    345 ADAMS STREET, 3RD FLOOR,    ATTN: LEGAL AFFAIRS,
               BROOKLYN NY 11201-3719
7242120     +NEW YORK CITY LAW DEPARTMENT,    CORPORATE COUNSEL,    100 CHURCH STREET,
               NEW YORK NY 10007-2668
7242122     +NYS ATTORNEY GENERAL'S OFFICE,    120 BROADWAY,    NEW YORK NY 10271-0332
7256909      NYS Dept Of Labor,    W. Averell Harriman,    State Office Building Campus,
               Albany, NY 12240-0001
7242123     +PIEDMONT CAPITAL LLC,    42 WEST 17TH STREET, SUITE 7A,    NEW YORK NY 10011-5728
7264369     +Rattet, PLLC,    Attorneys for Debtor,    202 Mamroneck Avenue,
               White Plains, New York 10601-5312
7242124     +SHARON PHAIR FORTENBAUGH,    385 SOUTH END AVENUE #7F/G,    NEW YORK NY 10280-1041
7242125     +SOTHEBY'S,   1334 YORK AVENUE,    NEW YORK NY 10021-4806
7242127     +THE ART COLLECTION (ELY SAKHAI,    39 CUTTER MILL ROAD,    GREAT NECK NY 11021-3255
7242128     +THE BLOOMBERG FAMILY TRUST,    1248 SKYLARK DRIVE,    LA JOLLA CA 92037-7738
7269064     +Teitelbaum Law Group, LLC,    Attorneys for Jane Holzer,    1 Barker Avenue, Third Floor,
               White Plains, New York 10601-1517
7261756     +The Art Collection, Inc. and Ely Sakhai c/o,    Davidoff, Hutcher & Citron,
               605 Third Avenue, 34th Floor,    New York, NY 10158-3499
7252561     +Togut, Segal & Segal LLP,    Attorneys for Albert Togut,    One Penn Plaza, Suite 3335,
               New York, New York 10119-3335
7262282     +Toni Bloomberg,    P.O. Box 1915,    Park City, UT 84060-1915
7242129     +U.S. ATTORNEY'S OFFICE,    86 CHAMBERS STREET,    NEW YORK NY 10007-1825
7264320      Yves Bouvier,    15 Lorong M Telok Kurau,    #05-06 Mabelle, Singapore,    425303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 11 2018 19:37:06
               New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY   12205-0300
7262808      EDI: BECKLEE.COM Jan 11 2018 19:33:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern  PA 19355-0701
7264723     +E-mail/Text: ahadjikow@brunellelaw.com Jan 11 2018 19:37:04      Brunelle & Hadjikow, P.C.,
               Attorneys for Bogomila Welsh-Ovcharov,    39 Broadway - 33rd Floor,    New York, NY 10006-3019
7242114      EDI: IRS.COM Jan 11 2018 19:33:00      INTERNAL REVENUE SERVICE,    IRS INSOLVENCY UNIT,
               290 BROADWAY, STOP 5TH FLOOR,    NEW YORK, NY 10007
7242121      E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 11 2018 19:37:06      NEW YORK STATE DEPT OF TAX,
               BANKRUPTCY UNIT,    P.O. BOX 5300,    ALBANY NY 12205-0300
```

```
District/off: 0208-1          User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2018
                              Form ID: pdn             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7242126          +E-mail/Text: REV_Bankruptcy_General@state.de.us Jan 11 2018 19:37:00
                  STATE OF DE, DEPT OF FINANCE,   CARVEL STATE OFFICE BLDG,   820 N. FRENCH ST., 8TH FLOOR,
                  WILMINGTON DE 19801-3509
                                                                                                TOTAL: 6

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7242105           DE, DEPT OF JUSTICE - ATTY GEN,   CARVEL STATE OFFICE BLDG,   820
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com;alcourt@ecf.inforuptcy.com
              Chester R. Ostrowski    on behalf of Creditor    Bloomberg Family Trust
               costrowski@mclaughlinstern.com
              Clifford A. Katz    on behalf of Debtor    Chowaiki & Co. Fine Art Ltd. ckatz@platzerlaw.com
              David H. Wander    on behalf of Creditor Ely Sakhai   The Art Collection, Inc. dhw@dhclegal.com
              Elaine Shay    on behalf of Unknown    Michael Haber Enterprises, Inc.
               eshay@nyhousingcourtlawyers.com,  elaine@eshayesq.com
              George Brunelle    on behalf of Attorney George Brunelle gbrunelle@brunellelaw.com,
               ahadjikow@brunellelaw.com
              Jay Teitelbaum    on behalf of Creditor Jane Holzer jteitelbaum@tblawllp.com,
               dcampagne@tblawllp.com
              Matthew C. Heerde    on behalf of Plaintiff Shay Rosen mheerde@heerdelaw.com
              Melvyn R. Leventhal    on behalf of Interested Party    Jeffrey H.Loria & Co., Inc.
               mel@mleventhal.com,  mrlevlaw@aol.com
              Neil Matthew Berger    on behalf of Trustee Albert Togut neilberger@teamtogut.com,
               dcahir@teamtogut.com;kackerman@teamtogut.com;kortiz@teamtogut.com;mnester@teamtogut.com;adeering@
               teamtogut.com;adeleo@teamtogut.com;mferullo@teamtogut.com
              Robert Leslie Rattet    on behalf of Creditor Yves Bouvier rrattet@rattetlaw.com,
               rattet2we@gmail.com
              Teresa Sadutto-Carley    on behalf of Debtor    Chowaiki & Co. Fine Art Ltd.
               tsadutto@platzerlaw.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                             TOTAL: 13
```