TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger

*Attorneys for Albert Togut, Not*
  *Individually But Solely in His Capacity*
  *as the Chapter 7 Trustee of*
  *Chowaiki & Co. Fine Art Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
In re:                                                          :    Chapter 7 Case
                                                                :    No. 17-13228 [MKV]
CHOWAIKI & CO. FINE ART LTD.,                                   :
                                                                :
                                     Debtor.                    :
                                                                :
-------------------------------------------------------------- X

## NOTICE OF SALE

**PLEASE TAKE NOTICE THAT** pursuant to the *Order Pursuant to Bankruptcy Code Section 363 Authorizing the Sale of the Estate's Interest in Hardbound Art Reference Books* [Dkt. No. 30], on January 16, 2018, Albert Togut, not individually but solely in his capacity as Chapter 7 Trustee of the estate of Chowaiki & Co. Fine Art Ltd., the debtor in the above-captioned case (the "Debtor"), consummated the sale of the estate's interest in a collection of approximately 350 hardbound art reference books that were located at the Debtor's business premises to Argosy Bookstore for $3,500.

DATED:  New York, New York         ALBERT TOGUT, not individually but
        January 16, 2018           solely in his capacity as Chapter 7 Trustee,
                                   By his Attorneys,
                                   TOGUT, SEGAL & SEGAL LLP
                                   By:

                                   */s/ Neil Berger*
                                   NEIL BERGER
                                   One Penn Plaza
                                   New York, New York 10119
                                   (212) 594-5000