**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:

CHOWAIKI & CO. FINE ART LTD.,

                Debtor.
----------------------------------------------------------------X

Chapter 7

Case No. 17-13228 (MKV)

## JOINDER TO RESPONSE TO MOTION FOR ORDER ESTABLISHING A SPECIAL BAR DATE FOR FILING OWNERSHIP CLAIMS

Jeffrey H. Loria & Co., Inc. ("Loria"), by its undersigned counsel, respectfully joins in the Response of Jane Holzer [Docket No. 47] to the Chapter 7 Trustee's motion (the "Bar Date Motion") for entry of an order establishing a special bar date for the filing of ownership claims.

Loria does not object to the relief requested in the Bar Date Motion. By this Joinder, Loria requests that the order approving the relief requested in the Bar Date Motion include procedures governing (i) the notice to be provided to creditors asserting a secured interest in art regarding the filing of any ownership claims/secured interests in respect of such art; (ii) the notice to be provided to creditors asserting a secured interest in art regarding any hearings or proceedings concerning the resolution of such ownership/secured interest claims; and (iii) such party's right to intervene in any such proceedings to object to any such ownership interest and/or assert the priority of their claim as against any putative owner/secured creditor.

Dated: New York, New York
       February 7, 2018

                                        WHITE & WOLNERMAN, PLLC

By: /s/ David Y. Wolnerman
    David Y. Wolnerman, Esq.
    950 Third Ave., 11th Floor
    New York, New York 10022
    Phone: (212) 308-0667

*Co-Counsel for Jeffrey H. Loria & Co., Inc.*

    Melvyn R. Leventhal, Esq.
    Attorney At Law
    488 Madison Avenue, 18th Floor
    New York, New York 10022
    Phone: (212) 935-0800

*Co-Counsel for Jeffrey H. Loria & Co. Inc.*