TOGUT, SEGAL & SEGAL LLP
*Attorneys for the Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re:                                                        :    Chapter 7 Case
                                                              :    No. 17-13228 (LGB)
CHOWAIKI & CO. FINE ART LTD.,                                 :
                                                              :
                              Debtor.                         :
                                                              :
------------------------------------------------------------- X

## NOTICE OF SALE

**PLEASE TAKE NOTICE THAT** pursuant to the *Order Authorizing the Chapter 7 Trustee (I) To Employ and Retain Bonhams & Butterfields Auctioneers Corp. as Auctioneers of Estate Works of Art; (II) To Sell The Estates Works of Art Free and Clear of Liens, Claims, And Interests; and (III) To Fix Compensation and Expense Reimbursement to Auctioneers* (the "Bonham's Order") [Docket No. 307], Albert Togut, not individually, but solely in his capacity as the Chapter 7 Trustee of the estate of Chowaiki & Co. Fine Art Ltd. (the "Debtor"), has consummated the sale of all of the works of art that were consigned to Bonhams & Butterfields Auctioneers Corp. ("Bonhams") pursuant to the Order. Copies of Bonhams' auction sale reports are annexed hereto.

| | |
|---|---|
| Dated: New York, New York<br>January 29, 2024 | ALBERT TOGUT, Not Individually But<br>Solely in His Capacity as Chapter 7 Trustee<br>By His Attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>*/s/ Neil Berger*<br>NEIL BERGER<br>MINTA J. NESTER<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |

# Bonhams

c/o Togut, Segal & Segal LLP, Neil Berger, as Counsel
for Seller's Trustee, Albert Togut
The Bankruptcy Estate of Chowaiki & Co. Fine Art Ltd.
1 Penn Plz
New York NY 10119

**Client no:** 19291917
(Please quote in all correspondence)
**Auction reference:** CON23051NY - 28369
**Auction date:** 18 May 2023 at 16:00 EST

**Telephone:** +1 (212)5945000
**Email:** neilberger@teamtogut.com

Friday 19 May 2023

## RESULTS OF AUCTION

**Auction details: CON23051NY - Post-War & Contemporary Art, New York, 18 May 2023 at 16:00 EST**

Dear Sirs,

| Lot | Schedule/line | Description | Result US$ |
|---|---|---|---|
| 22 | 25327477/6 | ALEXANDER CALDER (1898-1976) Sea Serpent 1976 | SOLD - 90,000.00 |
| 41 | 25327477/17 | SAM FRANCIS (1923-1994) Untitled circa 1970s | SOLD - 20,000.00 |
| 50 | 25327477/7 | ALEXANDER CALDER (1898-1976) Untitled 1962 | SOLD - 42,000.00 |
| 51 | 25327477/5 | ALEXANDER CALDER (1898-1976) Le Petit rouge 1976 | SOLD - 35,000.00 |
| 59 w | 25327477/41 | CINDY SHERMAN (B. 1954) Untitled #417 2004 | SOLD - 100,000.00 |
| | | **Total:** | **US$287,000.00** |

If any of the above lots were unsold, you will be contacted by the department shortly about your unsold property if no advice letter is enclosed. Settlements for the net amount will be issued on 22 Jun 2023, subject to Bonhams having received payment from the buyer in accordance with our conditions of

580 Madison Avenue, New York NY 10022
+1 212 644 9001

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

Page 1 of 2

## RESULTS OF AUCTION

business.

Yours faithfully,


Oliver Morris-Jones
+44 20 7468 5878
Oliver.Morris-Jones@Bonhams.com

Page 2 of 2

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

# Bonhams

c/o Togut, Segal & Segal LLP, Neil Berger, as Counsel
for Seller's Trustee, Albert Togut
The Bankruptcy Estate of Chowaiki & Co. Fine Art Ltd.
1 Penn Plz
New York NY 10119

**Client no:** 19291917
(Please quote in all correspondence)
**Auction reference:** CON23072NY - 29178
**Auction date:** 17 Jul 2023 at 12:00

**Telephone:** +1 (212)5945000
**Email:** neilberger@teamtogut.com

Friday 28 July 2023

## RESULTS OF AUCTION

**Auction details: CON23072NY - Post-War & Contemporary Art Online, Online, New York, 17 Jul 2023 at 12:00**

Dear Sirs,

| Lot | Schedule/line | Description | Result US$ |
|---|---|---|---|
| 96 | 25327477/2 | JOHN BALDESSARI (1931-2020) Tetrad Series: AS IT IS (maquette) 1999 | SOLD - 8,500.00 |
| 97 | 25327477/28 | JULIAN OPIE (B. 1958) Tourist 2 2000 | SOLD - 4,000.00 |
| 98 | 25327477/37 | THOMAS SCHEIBITZ (B. 1968) Untitled 1997 | SOLD - 190.00 |
| 99 w | 25327477/48 | HIROSHI SUGITO (B. 1970) Shark Man 1998 | SOLD - 4,000.00 |
| 100 | 25327477/31 | JUDY RIFKA (B. 1945) Pyramids 1983 | SOLD - 1,600.00 |
| 101 | 25327477/30 | JUDY RIFKA (B. 1945) Chifton (History of Sculpture) 1987 | SOLD - 250.00 |
| 102 | 25327477/38 | THOMAS SCHEIBITZ (B. 1968) Untitled 1999 | SOLD - 160.00 |
| 103 | 25327477/23 | JULIAN LETHBRIDGE (B. 1947) Les Demoiselles 1988 | SOLD - 1,800.00 |
| 104 | 25327477/46 | JAN STALLER (B. 1952) Tilt Up Braces, New York 2002 | SOLD - 225.00 |

580 Madison Avenue, New York NY 10022
+1 212 644 9001

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

Page 1 of 3

## RESULTS OF AUCTION

| Lot | Schedule/line | Description | Result US$ |
|---|---|---|---|
| 105 | 25327477/25 | ALEXANDER LIBERMAN (1912-1999) Barnett Newman 1966 | SOLD - 1,400.00 |
| 106 | 25327477/45 | JAN STALLER (B. 1952) Rusty Cone, Tulsa, OK 2004 | SOLD - 160.00 |
| 107 | 25327477/26 | ALEXANDER LIBERMAN (1912-1999) Mark Rothko 1964 | SOLD - 600.00 |
| 108 | 25327477/19 | WILLIAM KLEIN (B. 1928) Constructivist Dancers, 14 July 1989, Paris 1990 | SOLD - 110.00 |
| 109 | 25327477/44 | JAN STALLER (B. 1952) Antenna Drawing 2011 | SOLD - 225.00 |
| 110 | 25327477/47 | JOSEF SUDEK (1896-1976) Untitled (Basket of Eggs) 1960 | SOLD - 550.00 |
| 111 | 25327477/20 | ROBERT LAZZARINI (B. 1965) brass knuckles (iv) 2010 | SOLD - 450.00 |
| 112 | 25327477/9 | MARCEL DZAMA (B. 1974) How Do You Like It (from series 34 Drawings) 1997 | SOLD - 900.00 |
| 113 | 25327477/10 | MARCEL DZAMA (B. 1974) Untitled (from series 34 Drawings) | SOLD - 600.00 |
| 114 | 25327477/12 | MARCEL DZAMA (B. 1974) Untitled from the series 34 Drawings | SOLD - 500.00 |
| 115 | 25327477/11 | MARCEL DZAMA (B. 1974) Untitled from the series 34 Drawings | SOLD - 500.00 |
| 116 | 25327477/16 | KIM FISHER (B. 1973) Study for Gemstone 1999-2000 | SOLD - 140.00 |
| 117 | 25327477/43 | BOB AND ROBERTA SMITH (B. 1963) Look After My Cat 2001 | SOLD - 1,200.00 |
| 118 | 25327477/32 | LARRY RIVERS (1923-2002) Queen of Clubs 1960 | SOLD - 37,500.00 |
| 119 | 25327477/24 | SOL LEWITT (1928-2007) Vertical Line Scribbles 2005 | SOLD - 9,500.00 |
| 120 | 25327477/14 | BENJAMIN EDWARDS (B. 1970) Novatech Center 2003 | SOLD - 850.00 |
| 121 | 25327477/15 | BENJAMIN EDWARDS (B. 1970) Starbucks, Seattle: Icon/Structure 1998 | SOLD - 120.00 |
| 122 | 25327477/13 | BENJAMIN EDWARDS (B. 1970) Convergence 1.1 2001 | SOLD - 200.00 |
| 123 | 25327477/1 | LAYLAH ALI (B. 1968) Attack of the Blueheads 1996 | SOLD - 4,000.00 |
| 124 | 25327477/29 | JACK PIERSON (B. 1960) Hand Smoking #5 1994 | SOLD - 2,500.00 |

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

Page 2 of 3

## RESULTS OF AUCTION

| Lot | Schedule/line | Description | Result US$ |
|---|---|---|---|
| 125 | 25327477/18 | JAN VAN IMSCHOOT (B. 1963) La belle pisseuse robuste pour les veillards entre nous 1999 | SOLD - 650.00 |
| 126 | 25327477/39 | MICHAEL SCOTT (b. 1967) Untitled (Kaminski's Cocktails, Luncheon, Dinner) 1998 | SOLD - 130.00 |
| 127 | 25327477/40 | MICHAEL SCOTT (b. 1967) Untitled (McDonald's, Haddonfield, Berlin Road) 1998 | SOLD - 325.00 |
| 128 | 25327477/3 | STEPHAN BALKENHOL (B. 1957) Rooster Man (drawing) 1996 | SOLD - 425.00 |
| 129 | 25327477/8 | JAKE & DINOS CHAPMAN (B. 1962 & 1966) Like a dog returns to its vomit, No. 74 (from the series Francisco de Goya's Los Caprichos) 2005 | SOLD - 1,200.00 |
| 130 | 25327477/42 | HUNT SLONEM (B. 1951) Dr. Hernandez 2001 | SOLD - 1,900.00 |
| 131 | 25327477/4 | MICHAEL BEVILACQUA (B. 1966) Disposable Teens 2001 | SOLD - 650.00 |
| 132 | 25327477/35 | JULIE ROBERTS (B. 1963) The God Parents 2000 | SOLD - 1,300.00 |
| 133 | 25327477/36 | JULIE ROBERTS (B. 1963) The Little Girl Rosalia Lombardo; Embalmed 2000 | SOLD - 1,200.00 |
| 134 | 25327477/34 | JULIE ROBERTS (B. 1963) Skeletons in the Closet; The Little Girl Rosalia Lombardo 2000 | SOLD - 130.00 |
| 135 | 25327477/33 | JULIE ROBERTS (B. 1963) Skeletons in the Closet: the God Parents 2000 | SOLD - 160.00 |
| 136 | 25327477/27 | MELISSA MEYER (B. 1947) Untitled 1990 | SOLD - 2,250.00 |
| | | **Total:** | **US$93,050.00** |

If any of the above lots were unsold, you will be contacted by the department shortly about your unsold property if no advice letter is enclosed. Settlements for the net amount will be issued on 31 Aug 2023, subject to Bonhams having received payment from the buyer in accordance with our conditions of business.

Yours faithfully,

Randy Reynolds
+1 212 644 9089
randy.reynolds@bonhams.com

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

Page 3 of 3

# Bonhams

c/o Togut, Segal & Segal LLP, Neil Berger, as Counsel
for Seller's Trustee, Albert Togut
The Bankruptcy Estate of Chowaiki & Co. Fine Art Ltd.
1 Penn Plz
New York NY 10119

**Client no:** 19291917
(Please quote in all correspondence)
**Auction reference:** FUR23111LA - 28455
**Auction date:** 15 Nov 2023 at 10:00 PST

**Telephone:** +1 (212)5945000
**Email:** neilberger@teamtogut.com

Thursday 16 November 2023

## RESULTS OF AUCTION

**Auction details: FUR23111LA - Home & Interiors: Collections, Los Angeles, 15 Nov 2023 at 10:00 PST**

Dear Sirs,

| Lot | Schedule/line | Description | Result US$ |
|---|---|---|---|
| 1307 | 25327477/22 | Attributed to FERNAND LÉGER (1881-1955) Étude pour Sao Paulo I 14 3/4 x 10 5/8in (37.5 x 27cm) | SOLD - 5,000.00 |
| 1308 | 25327477/21 | Attributed to FERNAND LÉGER (1881-1955) La voiture d'enfant 14 1/8 by 10 3/4 in. (35.9 by 27.3 cm) | SOLD - 2,200.00 |
| 1309 | 25327477/49 | Attributed to Edouard Vuillard (French, 1868-1940) Le Bord de l'etang 19 3/4 x 13in (50.2 x 33cm) (Executed circa 1935) | SOLD - 900.00 |
| | | **Total:** | **US$8,100.00** |

If any of the above lots were unsold, you will be contacted by the department shortly about your unsold property if no advice letter is enclosed. Settlements for the net amount will be issued on 20 Dec 2023, subject to Bonhams having received payment from the buyer in accordance with our conditions of business.

7601 W. Sunset Boulevard, Los Angeles CA 90046
+1 323 850 7500

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070

Page 1 of 2

## RESULTS OF AUCTION

Yours faithfully,

Codie Lyons
+1 323 436 5434
Codie.Lyons@bonhams.com

Page 2 of 2

Bonhams & Butterfields Auctioneers Corporation. 580 Madison Avenue, New York, NY 10022, USA.
New York City Department of Consumer Affairs Auction House License No. 2077070